Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Brian S. Letofsky
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
Eran S. Forster
Nevada State Bar No. 11124
eforster@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Ave., Ste. 265
Las Vegas, NV 89123
Office:(702) 901-7553; Fax: (702) 974-1297
Attorneys for Defendant, Watkins & Letofsky, LLP

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMY BUCHANAN<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WATKINS & LETOFSKY, LLP., a Nevada Limited Liability Partnership; and DOES 1-X, inclusive,<br><br>　　　　　　Defendants. | Case No.:　2:19-cv-00226<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**<br>**(FEDERAL QUESTION)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant WATKINS & LETOFSKY, LLP, hereby removes to this Court the state court action described below.

1) On December 24, 2018, an action was commenced in the Eighth Judicial District Court of the State of Nevada, in and for the city of Las Vegas, County of Clark (hereinafter, "Clark County District Court" or "CCDC"), entitled Amy Buchanan vs. Watkins & Letofsky, LLP, et al., as case number A-18-786564-C, hereto attached as Exhibit "A."

2) The first date upon which defendant Watkins & Letofsky, LLP received a copy of the plaintiff's complaint was January 22, 2019, when Defendant was served with a copy of the said complaint and a summons from CCDC. A copy of the summons is attached hereto as Exhibit "B."

3) This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Americans with Disabilities Act of 1990 ("ADA") as amended by the Americans with Disabilities Act Amendments Act of 2008 ("ADAAA"), under 42 U.S.C. § 12101, et seq. and P.L. 110-325, for claims of discrimination and retaliation.

4) There are no other defendants in this action.

DATED: February 6, 2019                              WATKINS & LETOFSKY, LLP

                                                     By:    */s/ Daniel R. Watkins*
                                                     _____
                                                     Daniel R. Watkins
                                                     Brian S. Letofsky
                                                     Eran S. Forster
                                                     8215 S. Eastern Avenue, Suite 265
                                                     Las Vegas, NV 89123
                                                     Office: (702) 901-7553
                                                     Fax: (702) 974-1297
                                                     Attorneys for Watkins & Letofsky, LLP