Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Brian S. Letofsky
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
Joseph M. Ortuno
Nevada State Bar No. 11233
jortuno@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Ave., Ste. 265
Las Vegas, NV 89123
Office:(702) 901-7553; Fax: (702) 974-1297
Attorneys for Defendant, Watkins & Letofsky, LLP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMY BUCHANAN<br><br>            Plaintiff,<br><br>vs.<br><br>WATKINS & LETOFSKY, LLP., a Nevada Limited Liability Partnership; and DOES 1-X, inclusive,<br><br>            Defendant. | Case No.:  2:19-cv-00226-GMN-VCF<br><br>**INDEX OF EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**INDEX OF EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit A    Declaration of Joseph Ortuno, Esq. in Support of Motion for Summary Judgment

Exhibit B    Declaration of Daniel Watkins, Esq in Support of Motion for Summary Judgment

Exhibit C    Deposition of Amy Buchanan, January 31, 2020.

Exhibit D    Deposition of Daniel R. Watkins, Esq. February 20, 2020.

Exhibit E    NERC Remedy Request, September 01, 2018.

Exhibit F    Plaintiff's Resignation Letter, September 2, 2016.

| | | |
|---|---|---|
| 1 | Exhibit G | E-mail correspondence regarding resignation. |
| 2 | Exhibit H | NVDETR Employer's Quarterly Reports. |
| 3 | Exhibit I | Payroll Records for Amy Buchanan. |
| 4 | Exhibit J | Employee count records from Paychex. |

DATED this 25th day of March, 2020.

WATKINS & LETOFSKY, LLP

By:   */s/ Joseph M. Ortuno*
_____
Daniel R. Watkin, Esq.
Brian S. Letofsky, Esq
Joseph M. Ortuno, Esq.
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Office: (702) 901-7553; Fax: (702) 974-1297
Attorneys for Watkins & Letofsky, LLP

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the foregoing **INDEX OF EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

**J.P.Kemp, Esq.**

DATED this 25th day of March, 2020

*/s/ Farah Kachermeyer*
_____
An Employee of Watkins & Letofsky, LLP