# EXHIBIT A

## DECLARATION OF JOSEPH M. ORTUNO, ESQ. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Brian S. Letofsky
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
Joseph M. Ortuno
Nevada State Bar No. 11233
jortuno@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Ave., Ste. 265
Las Vegas, NV 89123
Office:(702) 901-7553; Fax: (702) 974-1297
Attorneys for Defendant, Watkins & Letofsky, LLP

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMY BUCHANAN<br><br>Plaintiff,<br><br>vs.<br><br>WATKINS & LETOFSKY, LLP., a Nevada Limited Liability Partnership; and DOES 1-X, inclusive,<br><br>Defendant. | Case No.: 2:19-cv-00226-GMN-VCF<br><br>**DECLARATION OF JOSEPH M. ORTUNO, ESQ. IN SUPPORT OF DEFENDENTS' MOTION FOR SUMMARY JUDGMENT** |

I, Joseph M. Ortuno, declare and state as follows:

1. I am an associate with Watkins & Letofsky, LLP, I am admitted to practice in all Nevada state and federal courts, and in that capacity, I represent the Defendants in this action.

2. I have personal knowledge of all matters sworn to herein.

3. I make this Declaration in support of Defendants' Motion for Summary Judgment.

4. Attached to the Motion for Summary Judgment as Exhibit C is a true and correct copy of excepts of the deposition of Amy Buchanan dated January 31, 2020.

5. Attached hereto as Exhibit D is a true and correct copy of excepts of the deposition of Daniel R. Watkins, Esq., dated February 20, 2020.

6. Attached the Motion for Summary Judgment as Exhibit E is a true and correct copy of the NERC Remedy Request, dated September 2, 2018.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America and the State of Nevada that the foregoing is true and correct.

DATED this 25th day of March, 2020.

By: _____
Joseph M. Ortuno, Esq.

**DECALARTION OF JOSEPH M. ORTUNO, ESQ.**
-2-