# EXHIBIT E

NERC REMEDY REQUEST, SEPTEMBER 01, 2018

## REMEDY REQUEST and SETTLEMENT DEMAND

| Amy Buchanan | Watkins & Letofsky, LLP |
|---|---|
| Charging Party | Respondent |

NOTICE TO CHARGING PARTY AND RESPONDENT: This Remedy Request is intended to initiate the settlement process. The amounts requested are as of the date the Remedy Request is signed. Some of the amounts may increase with the passage of time. Please review carefully. The Charging Party may or may not be entitled to any or all of the remedies requested. The Commission reserves the right to review all remedies to insure the claim is fair and equitable and meets all State and Federal standards.

I do hereby request as follows:

☒ **BACKPAY**—
  Rate of pay $65,000 salary for period of Dec. 2016 - Nov. 2017 for a total of: $11,168.50 to date., plus
  Lost commissions/tips: N/A                                    $337.50 hourly pay. not paid.
  Lost vacation pay: $250.00 for Sept. 2016
  Lost bonuses: $2,820.00
  Lost retirement contributions (401k): N/A
  Less $636.45 for ~~money earned, including unemployment~~ insurance

  Total Back Pay requested: $13,939.55.

☒ **COMPENSATORY DAMAGES:**
  Moving Expenses: _____
  Storage Expenses: _____
  Medical Costs: TBD
  Costs of seeking other employment: _____

  Total Compensatory Damages: TBD.

☐ BEING REHIRED/REINSTATED INTO A SIMILAR POSITION AS BEFORE.

☐ BEING PROMOTED TO: _____.

☐ BEING HIRED AS: _____.

☒ ALL ADVERSE INFORMATION REMOVED FROM MY PERSONNEL FILE.

☒ **OTHER:** *(Including any other monetary damages. Please specify the remedies you are requesting.)*
  Punitive Damages $50,000.00

**TOTAL MONETARY DAMAGES:** $63,939.55 plus

IF SETTLEMENT IS NOT REACHED BY THE PARTIES, I reserve the right to seek any and all remedies permitted under law.

Executed on: 9-1-18   by: A. Buchanan
             (date)          (Charging Party signature)

Nevada Equal
SEP 0 4 2018
Rights Commission

WLLLP001240