# EXHIBIT F

PLAINTIFF'S RESIGNATION LETTER

SEPTEMBER 2, 2016.

September 2, 2016

Dear Dan, Brian and Staff,

I am writing to confirm my resignation from my position as an associate attorney at Watkins and Letofsky, LLP as of today, September 2, 2016.

Thank you for the opportunity you have given me to be a part of the firm. Thank you for your understanding and support. Thank you for everything.

Sincerely,

*[signature]*

Amy Buchanan, Esq.