# EXHIBIT G

E-MAIL CORRESPONDENCE REGARDING
RESIGNATION.

**Archived:** Wednesday, October 23, 2019 4:59:34 PM
**From:** Amy Buchanan
**Sent:** Tue, 28 Jun 2016 22:56:09
**To:** Dan Watkins
**Subject:** My Resignation
**Importance:** Normal

---

Dan,

I'm writing to inform you that I have decided to resign from my current position as an associate with Watkins and Letofsky. I would like to speak with you before submitting a formal resignation letter.

Respectfully,

Amy E. Buchanan
Associate Attorney

Orange County, California
4040 MacArthur Boulevard, Suite 240
Newport Beach, CA 92660
Toll Free: (866) 439-1295 | Office: (949) 476-9400
Fax (949) 476-9407

Las Vegas, Nevada
400 S. Fourth Street, Suite 280
Las Vegas, NV 89101
Toll Free: (866) 439-1295 | Office: (702) 487-7574
Fax (702) 385-7282

www.wl-llp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

WLLLP001301

**Archived:** Thursday, October 24, 2019 10:32:15 AM
**From:** Amy Buchanan
**Sent:** Thu, 17 Aug 2017 16:05:23
**To:** Dan Watkins
**Subject:** RE: Medical Update
**Importance:** Normal

Hi Dan,

I sent you a text. I'm confused as to me not wanting to work limited hours as I've requested a part time schedule from the time I returned to the firm and I would notify you if my hours could increase health permitting. I started with Monday through Thursday, 5 hours a day and then agreed to 9am-5pm starting March 1st. Unfortunately, my health has not improved, and my doctors recommend I work part time, preferably 20 hours per week for the time being. My concern is whether this is possible as I was consistently working additional hours.

Best,
Amy

---

**From:** Dan Watkins
**Sent:** Wednesday, August 16, 2017 5:44 PM
**To:** Amy Buchanan
**Cc:** Dan Watkins
**Subject:** RE: Medical Update

Thank you for the update. I hope you are doing well.

I reviewed the documents and websites. Thank you.

Question – Are you requesting to return to work at 4 hours a day? I recall you indicating in our previous conversations that you did not want to work limited hours. I am driving out to Vegas tonight. We can talk tonight if that works – call me on my cell 949-400-1327 or we can discuss Thursday or Friday. Let me know what works.

Thanks,

Dan


Daniel R. Watkins
*Licensed in California and Nevada*

Orange County, California
2900 Harbor Blvd., Suite 240
Santa Ana, CA 92704
Toll Free: (866) 439-1295 | Office: (949) 476-9400
Fax (949) 476-9407

Las Vegas, Nevada
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Toll Free: (866) 439-1295 | Office: (702) 901-7553
Fax (702) 974-1297

www.wl-llp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

---

**From:** Amy Buchanan
**Sent:** Monday, August 14, 2017 6:55 PM
**To:** Dan Watkins
**Subject:** RE: Medical Update

Dan,

I've attached two letters. I'm *still* waiting for letters from my other medical providers despite my multiple requests.

Meanwhile, here are links to recommended accommodations from the Job Accommodation Network re employees such as myself with chronic pain, fibromyalgia and migraines.

https://askjan.org/media/pain.htm
https://askjan.org/media/fibr.htm
https://askjan.org/media/migr.htm

Best,
Amy

---

**From:** Amy Buchanan
**Sent:** Saturday, July 08, 2017 2:45 PM
**To:** Dan Watkins
**Subject:** RE: Medical Update

Hi Dan,

I've requested letters to provide for an accommodation request. I'll provide them to you once I have them.

Best,
Amy

---

**From:** Dan Watkins
**Sent:** Thursday, June 29, 2017 12:36 PM
**To:** Amy Buchanan
**Cc:** Dan Watkins
**Subject:** RE: Medical Update

Hey Amy –

Thank you for the update. Sorry to hear about the continuing pain. Good news re autoimmune disease not being a problem. As for work, I would recommend you speak with your health care providers over the next visits and ask them what they think would be appropriate in terms of hours and the type of work and let me know what restrictions they believe are appropriate and we can go from there.

How does this sound?

Thanks,

Dan

Daniel R. Watkins
*Licensed in California and Nevada*

Orange County, California
2900 Harbor Blvd., Suite 240
Santa Ana, CA 92704
Toll Free: (866) 439-1295 | Office: (949) 476-9400
Fax: (949) 476-9407

Las Vegas, Nevada
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Toll Free: (866) 439-1295 | Office: (702) 901-7553
Fax: (702) 974-1297

www.wl-llp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

---

**From:** Amy Buchanan
**Sent:** Wednesday, June 28, 2017 4:35 PM
**To:** Dan Watkins
**Subject:** Medical Update

Hi Dan,

This past month's been pretty rough between a bad cold/sinus infection, another urgent care visit, and bad side effects from meds and acupuncture.

Good news is I don't have an autoimmune disease as suspected. Bad news is I have fibromyalgia and low T3, the culprits behind my chronic pain and fatigue. There's no cure - it's a matter of trying to manage it. I see my neurologist and pain management doctors again this week, and I'm waiting to see a doctor who practices osteopathic medicine next week.

As for work, I feel I'm at a loss. I know I can't consistently perform all the firm's requirements/expectations as a full time associate, and being part-time doesn't seem possible. Let me know what your thoughts are.

Best,
Amy

**Archived:** Thursday, October 24, 2019 11:12:37 AM
**From:** Amy Buchanan
**Sent:** Fri, 12 May 2017 10:53:46
**To:** Dan Watkins
**Subject:** RE: Update for today
**Importance:** Normal

I've definitely had a lot to process lately.  I've had the chronic pain and fatigue, frequent headaches and migraines, cognitive difficulties, etc. and still no relief after all the meds and treatment I've tried.  Another surgery has been recommended, but I've been insistent this is not the answer.  It was finally realized that I may have something else going on and had some tests done.  One came back positive.  I will be doing follow-up to help get a definitive answer.  All I know at this point is I need to take a step back and focus on my health.  My gut tells me we'll need to look for another attorney.  And, what I can do is something to be figured out.

I wish I had better news.

Sincerely,

Amy

**From:** Dan Watkins
**Sent:** Thursday, May 11, 2017 11:43 PM
**To:** Amy Buchanan
**Cc:** Dan Watkins
**Subject:** RE: Update for today

Amy –

I am sorry to hear that and I hope you are ok.  Please let me know if we need to make any accommodation at work.

Thank you,

Dan

Daniel R. Watkins
*Licensed in California and Nevada*

Orange County, California
2900 Harbor Blvd., Suite 240
Santa Ana, CA 92704
Toll Free: (866) 439-1295 | Office: (949) 476-9400
Fax (949) 476-9407

Las Vegas, Nevada
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Toll Free: (866) 439-1295 | Office: (702) 901-7553
Fax (702) 974-1297

www.wl-llp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.  To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Amy Buchanan
**Sent:** Thursday, May 11, 2017 3:44 PM
**To:** Dan Watkins
**Subject:** Update for today

Dan –

I received a call of concern from primary care doctor's office earlier today and they asked that I come into the office as soon as possible. Not how I wanted my day to go, but I'm back at the office now. I'll get done what I can with Bombardier and touch base with you tomorrow.

Best,

Amy Buchanan, Esq.

Orange County, California
2900 S. Harbor Boulevard, Suite 240
Santa Ana, CA 92704
Toll Free: (866) 439-1295 | Office: (949) 476-9400
Fax (949) 476-9407

Las Vegas, Nevada
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Toll Free: (866) 439-1295 | Office: (702) 901-7553
Fax (702) 974-1297

www.wl-llp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.



# RENAISSANCE
## HEALTH CENTRE

Terry Pfau DO
2820 W Charleston  #6
Las Vegas, Nevada   89102
702-258-7860
TIN   55-0883799

July 17, 2017

Re:  Amy Buchannan

To whom it may concern:

Amy has been a patient for the last three months.    Due to her fatigue,
headache and body aches she is unable to work more than  4 hours per day.
I anticipate this condition to continue for at least the next  6 months.

Sincerely,

Terry Pfau   DO