# EXHIBIT H

## NVDETR EMPLOYER'S QUARTERLY REPORTS



**Employment Security Division**
Contributions Section
500 East Third Street
Carson City, NV 89713-0030
(775) 684-6300

**DETR**
Nevada Department of Employment,
Training and Rehabilitation



0
https://uitax.nvdetr.org

**ONE NEVADA** - Growing A Skilled, Diverse Workforce

## Employer's Quarterly Report
Use BLACK INK only.

WATKINS & LETOFSKY LLP
4040 MACARTHUR BLVD STE 240
NEWPORT BEACH CA 92660

0080-A8004804    TAXPAY ®
17091

| 1. | EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | YOUR RATES | |
|---|---|---|---|---|
| | 040011061 | ▮▮▮▮▮ | UI | 2.95 % |
| | | | CEP | 0.05 % |
| | QUARTER ENDING DATE | DELINQUENT AFTER | | |
| | 03/31/17 | 05/01/17 | | |

2. LABOR MARKET STATISTICS
Enter for each month, the number of workers who worked during or received pay for the payroll period that includes the 12th of the month.

**PAYMENT CALCULATION** *(Line 3 through Line 12)*
If no wages were paid in this quarter, enter 0.00 on Line 3. Sign report and return.

| | MONTH 1 | MONTH 2 | MONTH 3 |
|---|---|---|---|
| | 2 | 2 | 2 |

DOLLARS

3. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER
Enter Grand Total amount from Wage Report.

4. LESS WAGES IN EXCESS OF   29500.00 _ PER INDIVIDUAL
(Cannot exceed amount on Line 3.)

5. TAXABLE WAGES PAID THIS QUARTER
Line 3 less Line 4.

6. UI AMOUNT DUE THIS QUARTER
Line 5 x the UI Rate shown above in "Your Rates."

7. CEP AMOUNT DUE THIS QUARTER
Line 5 x the CEP Rate shown above.



8. PRIOR CREDIT
(If applicable.)

9. CHARGE FOR LATE FILING OF THIS REPORT
(One or more days late add $5.00 forfeit.)

10. ADDITIONAL CHARGE FOR LATE FILING, AFTER 10 DAYS.
Line 5 x 1/10% (.001) for each month or part of month delinquent.

11. INTEREST ON PAST DUE UI CONTRIBUTIONS
Line 6 x 1% (.01) for each month or part of month delinquent.

12. **TOTAL PAYMENT DUE**
Total Line 6 through Line 11.

☐ **Pay online** at https://uitax.nvdetr.org then select Employer Self Service (ESS).
☐ **Enclosing check** payable to NEVADA EMPLOYMENT SECURITY DIVISION.
(Include Employer Account Number on check.)

I certify that no part of the contribution was deducted from an employee's wages.

**Authorized Signature:**   REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.
**Print Signer's Name/Title:**_____
**Employer's Phone Number/Email:**_____
*If Other Than Employer*
**Print Preparer's Name:**_____
**Preparer's Phone Number/Email:**_____

|  |
|---|
| (FOR DIVISION USE ONLY) |
| |

NOTE: Information collected may also be provided to various federal and state agencies as required or permitted by federal and state law.



Report suspected UI Fraud online at https://uifraud.nvdetr.org or call (775) 684-0475

WLLLP001380


RPT3795

TAXPAY®

**Employment Security Division**
Contributions Section
500 East Third Street
Carson City, NV  89713-0030
(775) 684-6300



**DETR**
Nevada Department of Employment,
Training and Rehabilitation

ONE NEVADA - Growing A Skilled, Diverse Workforce



0

https://uitax.nvdetr.org

WATKINS & LETOFSKY LLP
4040 MACARTHUR BLVD STE 240
NEWPORT BEACH CA 92660

Wage Report
Use BLACK INK only.

| EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | QUARTER ENDING DATE | DELINQUENT AFTER |
|---|---|---|---|
| 040011061 | ▮▮▮▮ | 03/31/17 | 05/01/17 |

| Social Security Number | Employee Name (LAST NAME \| FIRST NAME \| MIDDLE INITIAL) | | | Total Tips Reported | | Total Gross Wages + Tips | |
|---|---|---|---|---|---|---|---|
| | | | | DOLLARS | CENTS | DOLLARS | CENTS |
| ▮▮▮▮ | BUCHANAN | AMY | E | | | ▮▮▮▮ | |
| | FORSTER | ERAN | S | | | | |

| NUMBER OF WORKERS REPORTED |
|---|
| 2 |

TOTAL GROSS WAGES + TIPS THIS PAGE.................................................................. $

GRAND TOTAL GROSS WAGES + TIPS **ALL** PAGES ..................................................... $

**Include the GRAND TOTAL on the Employer's Quarterly Report, Line 3.**

PAGE  1  OF  1   TOTAL PAGES

Authorized Signature: __REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.__

*If Other Than Employer*

Print Signer's Name/Title:_____   Print Preparer's Name:_____

Employer's Phone Number/Email:_____   Preparer's Phone Number/Email:_____

NOTE:  Information collected may also be provided to various federal and state agencies as required or permitted by federal and state law.



Report suspected UI Fraud online at https://uifraud.nvdetr.org or call (775) 684-0475



WLLLP001381

NEW0098

0080-A8004804    NV    PTD-17091    PREPARED BY PAYCHEX INC.

**Employment Security Division**
Contributions Section
500 East Third Street
Carson City, NV  89713-0030
(775) 684-6300



Nevada Department of Employment,
Training and Rehabilitation

**ONE NEVADA** - Growing A Skilled, Diverse Workforce



0
https://uitax.nvdetr.org

## Employer's Quarterly Report
Use BLACK INK only.

WATKINS & LETOFSKY LLP
4040 MACARTHUR BLVD STE 240
NEWPORT BEACH CA 92660

0080-A8004804     TAXPAY *
17182

| 1. | EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | YOUR RATES | |
|---|---|---|---|---|
| | 040011061 | ▉ | UI | 2.95 % |
| | | | CEP | 0.05 % |
| | QUARTER ENDING DATE | DELINQUENT AFTER | | |
| | 06/30/17 | 07/31/17 | | |

2. **LABOR MARKET STATISTICS**
Enter for each month, the number of workers who worked during or received pay for the payroll period that includes the 12th of the month.

**PAYMENT CALCULATION** *(Line 3 through Line 12)*
If no wages were paid in this quarter, enter 0.00 on Line 3. Sign report and return.

| | MONTH 1 | MONTH 2 | MONTH 3 |
|---|---|---|---|
| | 2 | 2 | 2 |

DOLLARS

3. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER
Enter Grand Total amount from Wage Report.

4. LESS WAGES IN EXCESS OF    29500.00 _ PER INDIVIDUAL
(Cannot exceed amount on Line 3.)

5. TAXABLE WAGES PAID THIS QUARTER
Line 3 less Line 4.

6. UI AMOUNT DUE THIS QUARTER
Line 5 x the UI Rate shown above in "Your Rates."

7. CEP AMOUNT DUE THIS QUARTER
Line 5 x the CEP Rate shown above.



8. PRIOR CREDIT
(If applicable.)

9. CHARGE FOR LATE FILING OF THIS REPORT
(One or more days late add $5.00 forfeit.)

10. ADDITIONAL CHARGE FOR LATE FILING, AFTER 10 DAYS.
Line 5 x 1/10% (.001) for each month or part of month delinquent.

11. INTEREST ON PAST DUE UI CONTRIBUTIONS
Line 6 x 1% (.01) for each month or part of month delinquent.

12. **TOTAL PAYMENT DUE**
Total Line 6 through Line 11.

☐ **Pay online** at https://uitax.nvdetr.org then select Employer Self Service (ESS).
☐ **Enclosing check** payable to NEVADA EMPLOYMENT SECURITY DIVISION.
(Include Employer Account Number on check.)

I certify that no part of the contribution was deducted from an employee's wages.

**Authorized Signature:** ___REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.___
**Print Signer's Name/Title:**_____
**Employer's Phone Number/Email:**_____
*If Other Than Employer*
**Print Preparer's Name:**_____
**Preparer's Phone Number/Email:**_____

| (FOR DIVISION USE ONLY) |
|---|
| |

NOTE: Information collected may also be provided to various federal and state agencies as required or permitted by federal and state law.



Report suspected UI Fraud online at https://uifraud.nvdetr.org or
call (775) 684-0475

**WLLLP001382**


RPT3795

**Employment Security Division**
Contributions Section
500 East Third Street
Carson City, NV 89713-0030
(775) 684-6300



**DETR**
Nevada Department of Employment,
Training and Rehabilitation

ONE NEVADA - Growing A Skilled, Diverse Workforce



0

https://uitax.nvdetr.org

WATKINS & LETOFSKY LLP
4040 MACARTHUR BLVD STE 240
NEWPORT BEACH CA 92660

**Wage Report**
Use BLACK INK only.

| EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | QUARTER ENDING DATE | DELINQUENT AFTER |
|---|---|---|---|
| 040011061 | ▇▇▇▇▇ | 06/30/17 | 07/31/17 |

| Social Security Number | Employee Name (LAST NAME \| FIRST NAME \| MIDDLE INITIAL) | | | Total Tips Reported DOLLARS | CENTS | Total Gross Wages + Tips DOLLARS | CENTS |
|---|---|---|---|---|---|---|---|
| ▇▇▇▇▇▇ | BUCHANAN | AMY | E | | | | |
| | BHATIA | FARAH | | | | | |
| | FORSTER | ERAN | S | | | | |

| NUMBER OF WORKERS REPORTED | |
|---|---|
| 3 | |

TOTAL GROSS WAGES + TIPS THIS PAGE.................................................. $

GRAND TOTAL GROSS WAGES + TIPS **ALL** PAGES ..................................... $

**Include the GRAND TOTAL on the Employer's Quarterly Report, Line 3.**

PAGE   1   OF   1   TOTAL PAGES

Authorized Signature:    REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.

*If Other Than Employer*

Print Signer's Name/Title: _____

Print Preparer's Name: _____

Employer's Phone Number/Email: _____

Preparer's Phone Number/Email: _____

NOTE: Information collected may also be provided to various federal and state agencies as required or permitted by federal and state law.



Report suspected UI Fraud online at https://uifraud.nvdetr.org or call (775) 684-0475



WLLLP001383

NEW0098

0080-A8004804    NV    PTD-17182    PREPARED BY PAYCHEX INC.





**Employment Security Division**
Contributions Section
500 East Third Street
Carson City, NV  89713-0030
(775) 684-6300

**DETR**
Nevada Department of Employment,
Training and Rehabilitation

0
https://uitax.nvdetr.org

**ONE NEVADA** - Growing A Skilled, Diverse Workforce

## Employer's Quarterly Report
Use BLACK INK only.

WATKINS & LETOFSKY LLP
4040 MACARTHUR BLVD STE 240
NEWPORT BEACH CA 92660

0080-A8004804        TAXPAY ⊙
17273

| 1.    EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | YOUR RATES | |
|---|---|---|---|
| | | UI | 2.95 % |
| 040011061 | ▮▮▮ | CEP | 0.05 % |
| QUARTER ENDING DATE | DELINQUENT AFTER | | |
| 09/30/17 | 10/31/17 | | |

2. LABOR MARKET STATISTICS
Enter for each month, the number of workers who worked during or received pay for the payroll period that includes the 12th of the month.

**PAYMENT CALCULATION** *(Line 3 through Line 12)*
If no wages were paid in this quarter, enter 0.00 on Line 3. Sign report and return.

|  | MONTH 1 | MONTH 2 | MONTH 3 |
|---|---|---|---|
| | 2 | 2 | 2 |

DOLLARS



3. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER
Enter Grand Total amount from Wage Report.

4. LESS WAGES IN EXCESS OF ▮▮▮▮ PER INDIVIDUAL
(Cannot exceed amount on Line 3.)

5. TAXABLE WAGES PAID THIS QUARTER
Line 3 less Line 4.

6. UI AMOUNT DUE THIS QUARTER
Line 5 x the UI Rate shown above in "Your Rates."

7. CEP AMOUNT DUE THIS QUARTER
Line 5 x the CEP Rate shown above.

8. PRIOR CREDIT
(If applicable.)

9. CHARGE FOR LATE FILING OF THIS REPORT
(One or more days late add $5.00 forfeit.)

10. ADDITIONAL CHARGE FOR LATE FILING, AFTER 10 DAYS.
Line 5 x 1/10% (.001) for each month or part of month delinquent.

11. INTEREST ON PAST DUE UI CONTRIBUTIONS
Line 6 x 1% (.01) for each month or part of month delinquent.

12. **TOTAL PAYMENT DUE**
Total Line 6 through Line 11.

☐ **Pay online** at https://uitax.nvdetr.org then select Employer Self Service (ESS).
☐ **Enclosing check** payable to NEVADA EMPLOYMENT SECURITY DIVISION.
(Include Employer Account Number on check.)

I certify that no part of the contribution was deducted from an employee's wages.

**Authorized Signature:**  REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.
**Print Signer's Name/Title:**
**Employer's Phone Number/Email:**
*If Other Than Employer*
**Print Preparer's Name:**
**Preparer's Phone Number/Email:**

(FOR DIVISION USE ONLY)

NOTE: Information collected may also be provided to various federal and state agencies as required or permitted by federal and state law.



Report suspected UI Fraud online at https://uifraud.nvdetr.org or call (775) 684-0475

WLLLP001384



RPT3795

**Employment Security Division**
Contributions Section
500 East Third Street
Carson City, NV 89713-0030
(775) 684-6300



**DETR**
Nevada Department of Employment,
Training and Rehabilitation

**ONE NEVADA - Growing A Skilled, Diverse Workforce**



0

https://uitax.nvdetr.org

WATKINS & LETOFSKY LLP
4040 MACARTHUR BLVD STE 240
NEWPORT BEACH CA 92660

Wage Report
Use BLACK INK only.

| EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | QUARTER ENDING DATE | DELINQUENT AFTER |
|---|---|---|---|
| 040011061 | ▉▉▉▉ | 09/30/17 | 10/31/17 |

| Social Security Number | Employee Name (LAST NAME \| FIRST NAME \| MIDDLE INITIAL) | | | Total Tips Reported | | Total Gross Wages + Tips | |
|---|---|---|---|---|---|---|---|
| | | | | DOLLARS | CENTS | DOLLARS | CENTS |
| | BUCHANAN | AMY | E | | | | |
| | BHATIA | FARAH | | | | | |
| | FORSTER | ERAN | S | | | | |

| NUMBER OF WORKERS REPORTED | | |
|---|---|---|
| 3 | | |

TOTAL GROSS WAGES + TIPS THIS PAGE.................................................................. $

GRAND TOTAL GROSS WAGES + TIPS **ALL** PAGES ...................................................... $

**Include the GRAND TOTAL on the Employer's Quarterly Report, Line 3.**

PAGE   1   OF   1   TOTAL PAGES

Authorized Signature:   REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.

*If Other Than Employer*

Print Signer's Name/Title: _____    Print Preparer's Name: _____

Employer's Phone Number/Email: _____    Preparer's Phone Number/Email: _____

NOTE: Information collected may also be provided to various federal and state agencies as required or permitted by federal and state law.



Report suspected UI Fraud online at https://uifraud.nvdetr.org or call (775) 684-0475



WLLLP001385

NEW0098

0080-A8004804    NV    PTD-17273    PREPARED BY PAYCHEX INC.

**Employment Security Division**
Contributions Section
500 East Third Street
Carson City, NV 89713-0030
(775) 684-6300



**DETR**
Nevada Department of Employment,
Training and Rehabilitation

**ONE NEVADA** - Growing A Skilled, Diverse Workforce



0
https://uitax.nvdetr.org

## Employer's Quarterly Report
Use BLACK INK only.

WATKINS & LETOFSKY LLP
4040 MACARTHUR BLVD STE 240
NEWPORT BEACH CA 92660

0080-A8004804    TAXPAY ®
18052

| 1. | EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | YOUR RATES | |
|---|---|---|---|---|
| | | | UI | 2.95 % |
| | 040011061 | ▮ | CEP | 0.05 % |
| | QUARTER ENDING DATE | DELINQUENT AFTER | | |
| | 12/31/17 | 01/31/18 | | |

2. LABOR MARKET STATISTICS
   Enter for each month, the number of workers who worked during or received pay
   for the payroll period that includes the 12th of the month.

   **PAYMENT CALCULATION** *(Line 3 through Line 12)*
   If no wages were paid in this quarter, enter 0.00 on Line 3. Sign report and return.

|  | MONTH 1 | MONTH 2 | MONTH 3 |
|---|---|---|---|
| | 3 | 3 | 3 |

DOLLARS

3. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER
   Enter Grand Total amount from Wage Report.
4. LESS WAGES IN EXCESS OF  29500.00 _ PER INDIVIDUAL
   (Cannot exceed amount on Line 3.)
5. TAXABLE WAGES PAID THIS QUARTER
   Line 3 less Line 4.
6. UI AMOUNT DUE THIS QUARTER
   Line 5 x the UI Rate shown above in "Your Rates."
7. CEP AMOUNT DUE THIS QUARTER
   Line 5 x the CEP Rate shown above.

8. PRIOR CREDIT
   (If applicable.)
9. CHARGE FOR LATE FILING OF THIS REPORT
   (One or more days late add $5.00 forfeit.)
10. ADDITIONAL CHARGE FOR LATE FILING, AFTER 10 DAYS.
    Line 5 x 1/10% (.001) for each month or part of month delinquent.
11. INTEREST ON PAST DUE UI CONTRIBUTIONS
    Line 6 x 1% (.01) for each month or part of month delinquent.

12. **TOTAL PAYMENT DUE**
    Total Line 6 through Line 11.

☐ **Pay online** at https://uitax.nvdetr.org then select Employer Self Service (ESS).
☐ **Enclosing check** payable to NEVADA EMPLOYMENT SECURITY DIVISION.
   (Include Employer Account Number on check.)

   I certify that no part of the contribution was deducted from an employee's wages.

   **Authorized Signature:** REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.
   **Print Signer's Name/Title:**
   **Employer's Phone Number/Email:**
   *If Other Than Employer*
   **Print Preparer's Name:**
   **Preparer's Phone Number/Email:**

(FOR DIVISION USE ONLY)

NOTE: Information collected may also be provided to various federal and state agencies as required or permitted by federal and state law.



Report suspected UI Fraud online at https://uifraud.nvdetr.org or
call (775) 684-0475

WLLLP001386



RPT3795

**Employment Security Division**
Contributions Section
500 East Third Street
Carson City, NV 89713-0030
(775) 684-6300



**DETR**
Nevada Department of Employment,
Training and Rehabilitation

ONE NEVADA - Growing A Skilled, Diverse Workforce



0

https://uitax.nvdetr.org

WATKINS & LETOFSKY LLP
4040 MACARTHUR BLVD STE 240
NEWPORT BEACH CA 92660

**Wage Report**
Use BLACK INK only.

| EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | QUARTER ENDING DATE | DELINQUENT AFTER |
|---|---|---|---|
| 040011061 | ▉▉▉▉ | 12/31/17 | 01/31/18 |

| Social Security Number | Employee Name (LAST NAME \| FIRST NAME \| MIDDLE INITIAL) | | | Total Tips Reported DOLLARS   CENTS | Total Gross Wages + Tips DOLLARS   CENTS |
|---|---|---|---|---|---|
| ███████ | SANTOS | THERESA | M | | ███████ |
| | KACHERMEYER | FARAH | | | |
| | FORSTER | ERAN | S | | |

| NUMBER OF WORKERS REPORTED | | |
|---|---|---|
| 3 | | |

TOTAL GROSS WAGES + TIPS THIS PAGE.................................................................... $

GRAND TOTAL GROSS WAGES + TIPS **ALL** PAGES ....................................................... $

**Include the GRAND TOTAL on the Employer's Quarterly Report, Line 3.**

███████

PAGE   1   OF   1   TOTAL PAGES

Authorized Signature:   REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.

Print Signer's Name/Title: _____

*If Other Than Employer*

Print Preparer's Name: _____

Employer's Phone Number/Email: _____

Preparer's Phone Number/Email: _____

NOTE: Information collected may also be provided to various federal and state agencies as required or permitted by federal and state law.



Report suspected UI Fraud online at https://uifraud.nvdetr.org or call (775) 684-0475



WLLLP001387

NEW0098

0080-A8004804    NV    PTD-18052     PREPARED BY PAYCHEX INC.



**Employment Security Division**
Contributions Section
500 East Third Street
Carson City, NV 89713-0030
(775) 684-6300

**Nevada Department of Employment,**
**Training and Rehabilitation**



0
https://uitax.nvdetr.org

ONE NEVADA - Growing A Skilled, Diverse Workforce

## Employer's Quarterly Report
Use BLACK INK only.

WATKINS & LETOFSKY LLP
2900 S HARBOR BLVD
SUITE 240
SANTA ANA CA 92704

0080-A8004804    TAXPAY ®
18089

| 1. | EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | YOUR RATES | |
|---|---|---|---|---|
| | | | UI | 2.95 % |
| | 040011061 | ▇▇▇ | CEP | 0.05 % |
| | QUARTER ENDING DATE | DELINQUENT AFTER | | |
| | 03/31/18 | 04/30/18 | | |

2. LABOR MARKET STATISTICS
Enter for each month, the number of workers who worked during or received pay for the payroll period that includes the 12th of the month.

| | MONTH 1 | MONTH 2 | MONTH 3 |
|---|---|---|---|
| | 3 | 3 | 3 |

**PAYMENT CALCULATION** *(Line 3 through Line 12)*
If no wages were paid in this quarter, enter 0.00 on Line 3. Sign report and return.

DOLLARS

3. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER
Enter Grand Total amount from Wage Report.



4. LESS WAGES IN EXCESS OF   30500.00 _ PER INDIVIDUAL
(Cannot exceed amount on Line 3.)

5. TAXABLE WAGES PAID THIS QUARTER
Line 3 less Line 4.

6. UI AMOUNT DUE THIS QUARTER
Line 5 x the UI Rate shown above in "Your Rates."

7. CEP AMOUNT DUE THIS QUARTER
Line 5 x the CEP Rate shown above.

8. PRIOR CREDIT
(If applicable.)

9. CHARGE FOR LATE FILING OF THIS REPORT
(One or more days late add $5.00 forfeit.)

10. ADDITIONAL CHARGE FOR LATE FILING, AFTER 10 DAYS.
Line 5 x 1/10% (.001) for each month or part of month delinquent.

11. INTEREST ON PAST DUE UI CONTRIBUTIONS
Line 6 x 1% (.01) for each month or part of month delinquent.

12. **TOTAL PAYMENT DUE**
Total Line 6 through Line 11.

☐ **Pay online** at https://uitax.nvdetr.org then select Employer Self Service (ESS).
☐ **Enclosing check** payable to NEVADA EMPLOYMENT SECURITY DIVISION.
(Include Employer Account Number on check.)

I certify that no part of the contribution was deducted from an employee's wages.

| (FOR DIVISION USE ONLY) |
|---|

**Authorized Signature:** REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.
**Print Signer's Name/Title:**_____
**Employer's Phone Number/Email:**_____
*If Other Than Employer*
**Print Preparer's Name:**_____
**Preparer's Phone Number/Email:**_____

NOTE: Information collected may also be provided to various federal and state agencies as required or permitted by federal and state law.



Report suspected UI Fraud online at https://uifraud.nvdetr.org or call (775) 684-0475

WLLLP001388



RPT3795

**Employment Security Division**
Contributions Section
500 East Third Street
Carson City, NV 89713-0030
(775) 684-6300



**DETR**
Nevada Department of Employment,
Training and Rehabilitation

ONE NEVADA - Growing A Skilled, Diverse Workforce



0

https://uitax.nvdetr.org

WATKINS & LETOFSKY LLP
2900 S HARBOR BLVD
SUITE 240
SANTA ANA CA 92704

Wage Report
Use BLACK INK only.

| EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | QUARTER ENDING DATE | DELINQUENT AFTER |
|---|---|---|---|
| 040011061 | ▮▮▮▮ | 03/31/18 | 04/30/18 |

| Social Security Number | Employee Name (LAST NAME \| FIRST NAME \| MIDDLE INITIAL) | | | Total Tips Reported | | Total Gross Wages + Tips | |
|---|---|---|---|---|---|---|---|
| | | | | DOLLARS | CENTS | DOLLARS | CENTS |
| ▮ | SANTOS | THERESA | M | | | ▮ | |
| | KACHERMEYER | FARAH | | | | | |
| | FORSTER | ERAN | S | | | | |

| NUMBER OF WORKERS REPORTED |
|---|
| 3 |

TOTAL GROSS WAGES + TIPS THIS PAGE..................................................... $

GRAND TOTAL GROSS WAGES + TIPS **ALL** PAGES ..................................... $

**Include the GRAND TOTAL on the Employer's Quarterly Report, Line 3.**



PAGE   1   OF   1   TOTAL PAGES

Authorized Signature:   REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.

Print Signer's Name/Title: _____

*If Other Than Employer*

Print Preparer's Name: _____

Employer's Phone Number/Email: _____

Preparer's Phone Number/Email: _____

NOTE: Information collected may also be provided to various federal and state agencies as required or permitted by federal and state law.



Report suspected UI Fraud online at https://uifraud.nvdetr.org or call (775) 684-0475



WLLLP001389

NEW0098

0080-A8004804    NV    PTD-18089    PREPARED BY PAYCHEX INC.



**DETR**

Nevada Department of Employment,
Training and Rehabilitation

**ONE NEVADA - Growing A Skilled, Diverse Workforce**

## Employer's Quarterly Report

WATKINS & LETOFSKY LLP
2900 S HARBOR BLVD
SUITE 240
SANTA ANA CA 92704

0080-A8004804     TAXPAY ●
18180

| 1. | EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | YOUR RATES | |
|---|---|---|---|---|
| | 040011061 | ▮ | UI | 2.95 % |
| | | | CEP | 0.05 % |
| | QUARTER ENDING DATE | DELINQUENT AFTER | | |
| | 06/30/18 | 07/31/18 | | |

2. LABOR MARKET STATISTICS
   Enter for each month, the number of workers who worked during or received pay
   for the payroll period that includes the 12th of the month.

|  | MONTH 1 | MONTH 2 | MONTH 3 |
|---|---|---|---|
| | 3 | 3 | 3 |

**PAYMENT CALCULATION** *(Line 3 through Line 12)*
If no wages were paid in this quarter, enter 0.00 on Line 3. Sign report and return.

DOLLARS                                                     CENTS

3. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER
   Enter Grand Total amount from Wage Report.

4. LESS WAGES IN EXCESS OF __30500.00__ PER INDIVIDUAL
   (Cannot exceed amount on Line 3.)

5. TAXABLE WAGES PAID THIS QUARTER
   Line 3 less Line 4.

6. UI AMOUNT DUE THIS QUARTER
   Line 5 x the UI Rate shown above in "Your Rates."

7. CEP AMOUNT DUE THIS QUARTER
   Line 5 x the CEP Rate shown above.

8. PRIOR CREDIT
   (If applicable.)

9. CHARGE FOR LATE FILING OF THIS REPORT
   (One or more days late add $5.00 forfeit.)

10. ADDITIONAL CHARGE FOR LATE FILING, AFTER 10 DAYS.
    Line 5 x 1/10% (.001) for each month or part of month delinquent.

11. INTEREST ON PAST DUE UI CONTRIBUTIONS
    Line 6 x 1% (.01) for each month or part of month delinquent.

12. **TOTAL PAYMENT DUE**
    Total Line 6 through Line 11.

## DO NOT FILE.  Information must be filed electronically at: http://ui.nv.gov/ess.html

WLLLP001390

Report suspected UI Fraud online at https://uifraud.nvdetr.org or
call (775) 684-0475

RPT3795



**DETR**

Nevada Department of Employment,
Training and Rehabilitation

**ONE NEVADA** - Growing A Skilled, Diverse Workforce

Wage Report

WATKINS & LETOFSKY LLP
2900 S HARBOR BLVD
SUITE 240
SANTA ANA CA 92704

| EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | QUARTER ENDING DATE | DELINQUENT AFTER |
|---|---|---|---|
| 040011061 | ███████ | 06/30/18 | 07/31/18 |

| Social Security Number | Employee Name (LAST NAME \| FIRST NAME \| MIDDLE INITIAL) | | | Total Tips Reported | | Total Gross Wages + Tips | |
|---|---|---|---|---|---|---|---|
| | | | | DOLLARS | CENTS | DOLLARS | CENTS |
| ██████████ | SANTOS | THERESA | M | | | ██████████ | |
| | KACHERMEYER | FARAH | | | | | |
| | FORSTER | ERAN | S | | | | |

| NUMBER OF WORKERS REPORTED |
|---|
| 3 |

TOTAL GROSS WAGES + TIPS THIS PAGE...................................................... $

GRAND TOTAL GROSS WAGES + TIPS **ALL** PAGES ...................................................... $

**Include the GRAND TOTAL on the Employer's Quarterly Report, Line 3.**

██████████

PAGE   1   OF 1   TOTAL PAGES

**DO NOT FILE. Information must be filed electronically at: http://ui.nv.gov/ess.html**

Report suspected UI Fraud online at https://uifraud.nvdetr.org or call (775) 684-0475

WLLLP001391

NEW0098

0080-A8004804    NV    PTD-18180    PREPARED BY PAYCHEX INC.



**DETR**

Nevada Department of Employment,
Training and Rehabilitation

**ONE NEVADA - Growing A Skilled, Diverse Workforce**

## Employer's Quarterly Report

WATKINS & LETOFSKY LLP
2900 S HARBOR BLVD
SUITE 240
SANTA ANA CA 92704

0080-A8004804      TAXPAY ®
18271

| 1.  EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | YOUR RATES | |
|---|---|---|---|
| | | UI | 2.95 % |
| 040011061 | ▮▮▮▮▮ | CEP | 0.05 % |
| QUARTER ENDING DATE | DELINQUENT AFTER | | |
| 09/30/18 | 10/31/18 | | |

| | MONTH 1 | MONTH 2 | MONTH 3 |
|---|---|---|---|

2.  LABOR MARKET STATISTICS
Enter for each month, the number of workers who worked during or received pay
for the payroll period that includes the 12th of the month.

| | MONTH 1 | MONTH 2 | MONTH 3 |
|---|---|---|---|
| | 3 | 3 | 3 |

**PAYMENT CALCULATION** *(Line 3 through Line 12)*
If no wages were paid in this quarter, enter 0.00 on Line 3. Sign report and return.

DOLLARS                                    CENTS

3.  TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER
Enter Grand Total amount from Wage Report.

4.  LESS WAGES IN EXCESS OF __30500.00__ PER INDIVIDUAL
(Cannot exceed amount on Line 3.)

5.  TAXABLE WAGES PAID THIS QUARTER
Line 3 less Line 4.

6.  UI AMOUNT DUE THIS QUARTER
Line 5 x the UI Rate shown above in "Your Rates."

7.  CEP AMOUNT DUE THIS QUARTER
Line 5 x the CEP Rate shown above.

8.  PRIOR CREDIT
(If applicable.)

9.  CHARGE FOR LATE FILING OF THIS REPORT
(One or more days late add $5.00 forfeit.)

10. ADDITIONAL CHARGE FOR LATE FILING, AFTER 10 DAYS.
Line 5 x 1/10% (.001) for each month or part of month delinquent.

11. INTEREST ON PAST DUE UI CONTRIBUTIONS
Line 6 x 1% (.01) for each month or part of month delinquent.

12. **TOTAL PAYMENT DUE**
Total Line 6 through Line 11.

## DO NOT FILE.  Information must be filed electronically at: http://ui.nv.gov/ess.html

WLLLP001392



Report suspected UI Fraud online at https://uifraud.nvdetr.org or
call (775) 684-0475

RPT3795



**DETR**
Nevada Department of Employment,
Training and Rehabilitation

**ONE NEVADA** - Growing A Skilled, Diverse Workforce

Wage Report

WATKINS & LETOFSKY LLP
2900 S HARBOR BLVD
SUITE 240
SANTA ANA CA 92704

| EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | QUARTER ENDING DATE | DELINQUENT AFTER |
|---|---|---|---|
| 040011061 | ▆▆▆▆ | 09/30/18 | 10/31/18 |

| Social Security Number | Employee Name (LAST NAME | FIRST NAME | MIDDLE INITIAL) | | | Total Tips Reported | | Total Gross Wages + Tips | |
|---|---|---|---|---|---|---|---|---|
| | | | | | DOLLARS | CENTS | DOLLARS | CENTS |
| ▆▆▆▆▆ | SANTOS | THERESA | M | | | | ▆▆▆▆ | |
| | KACHERMEYER | FARAH | | | | | | |
| | FORSTER | ERAN | S | | | | | |

| NUMBER OF WORKERS REPORTED |
|---|
| 3 |

TOTAL GROSS WAGES + TIPS THIS PAGE.................................................................. $

GRAND TOTAL GROSS WAGES + TIPS **ALL** PAGES ...................................................... $

**Include the GRAND TOTAL on the Employer's Quarterly Report, Line 3.**



PAGE   1   OF   1   TOTAL PAGES

**DO NOT FILE. Information must be filed electronically at: http://ui.nv.gov/ess.html**

WLLLP001393

Report suspected UI Fraud online at https://uifraud.nvdetr.org or call (775) 684-0475

NEW0098

0080-A8004804    NV    PTD-18271    PREPARED BY PAYCHEX INC.



**DETR**

Nevada Department of Employment,
Training and Rehabilitation

**ONE NEVADA - Growing A Skilled, Diverse Workforce**

## Employer's Quarterly Report

WATKINS & LETOFSKY LLP
2900 S HARBOR BLVD
SUITE 240
SANTA ANA CA 92704

0080-A8004804    TAXPAY ®
18364

| 1.   EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | YOUR RATES | |
|---|---|---|---|
| | | UI | 2.95 % |
| 040011061 | ▉ | CEP | 0.05 % |
| QUARTER ENDING DATE | DELINQUENT AFTER | | |
| 12/31/18 | 01/31/19 | | |



2. LABOR MARKET STATISTICS
   Enter for each month, the number of workers who worked during or received pay
   for the payroll period that includes the 12th of the month.

   **PAYMENT CALCULATION** *(Line 3 through Line 12)*
   If no wages were paid in this quarter, enter 0.00 on Line 3. Sign report and return.

|  | MONTH 1 | MONTH 2 | MONTH 3 |
|---|---|---|---|
| | 3 | 3 | 3 |
| | DOLLARS | | CENTS |

3. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER
   Enter Grand Total amount from Wage Report.

4. LESS WAGES IN EXCESS OF __30500.00__ PER INDIVIDUAL
   (Cannot exceed amount on Line 3.)

5. TAXABLE WAGES PAID THIS QUARTER
   Line 3 less Line 4.

6. UI AMOUNT DUE THIS QUARTER
   Line 5 x the UI Rate shown above in "Your Rates."

7. CEP AMOUNT DUE THIS QUARTER
   Line 5 x the CEP Rate shown above.

8. PRIOR CREDIT
   (If applicable.)

9. CHARGE FOR LATE FILING OF THIS REPORT
   (One or more days late add $5.00 forfeit.)

10. ADDITIONAL CHARGE FOR LATE FILING, AFTER 10 DAYS.
    Line 5 x 1/10% (.001) for each month or part of month delinquent.

11. INTEREST ON PAST DUE UI CONTRIBUTIONS
    Line 6 x 1% (.01) for each month or part of month delinquent.

12. **TOTAL PAYMENT DUE**
    Total Line 6 through Line 11.

## DO NOT FILE.  Information must be filed electronically at: http://ui.nv.gov/ess.html



Report suspected UI Fraud online at https://uifraud.nvdetr.org or
call (775) 684-0475

WLLLP001394

RPT3795



**DETR**

Nevada Department of Employment,
Training and Rehabilitation

**ONE NEVADA** - Growing A Skilled, Diverse Workforce

Wage Report

WATKINS & LETOFSKY LLP
2900 S HARBOR BLVD
SUITE 240
SANTA ANA CA 92704

| EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | QUARTER ENDING DATE | DELINQUENT AFTER |
|---|---|---|---|
| 040011061 | ■■■■■ | 12/31/18 | 01/31/19 |

| Social Security Number | Employee Name (LAST NAME \| FIRST NAME \| MIDDLE INITIAL) | | | Total Tips Reported | | Total Gross Wages + Tips | |
|---|---|---|---|---|---|---|---|
| | | | | DOLLARS | CENTS | DOLLARS | CENTS |
| ■■■■■ | SANTOS | THERESA | M | | | ■■■■■ | |
| | KACHERMEYER | FARAH | | | | | |
| | FORSTER | ERAN | S | | | | |

| NUMBER OF WORKERS REPORTED |
|---|
| 3 |

TOTAL GROSS WAGES + TIPS THIS PAGE...................................................... $

GRAND TOTAL GROSS WAGES + TIPS **ALL** PAGES ...................................... $

**Include the GRAND TOTAL on the Employer's Quarterly Report, Line 3.**

PAGE  1  OF  1   TOTAL PAGES

**DO NOT FILE.  Information must be filed electronically at:** http://ui.nv.gov/ess.html

Report suspected UI Fraud online at https://uifraud.nvdetr.org or call (775) 684-0475

WLLLP001395

NEW0098

0080-A8004804     NV    PTD-18364     PREPARED BY PAYCHEX INC.



**DETR**

Nevada Department of Employment,
Training and Rehabilitation

**ONE NEVADA - Growing A Skilled, Diverse Workforce**

## Employer's Quarterly Report

WATKINS & LETOFSKY LLP
2900 S HARBOR BLVD
SUITE 240
SANTA ANA CA 92704

0080-A8004804        TAXPAY ®
        19088

| 1. EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | YOUR RATES | |
|---|---|---|---|
| 040011061 | ▮▮▮▮▮▮ | UI | 2.95 % |
| | | CEP | 0.05 % |
| QUARTER ENDING DATE | DELINQUENT AFTER | | |
| 03/31/19 | 04/30/19 | | |

2. **LABOR MARKET STATISTICS**
Enter for each month, the number of workers who worked during or received pay
for the payroll period that includes the 12th of the month.

**PAYMENT CALCULATION** *(Line 3 through Line 12)*
If no wages were paid in this quarter, enter 0.00 on Line 3. Sign report and return.

| | MONTH 1 | MONTH 2 | MONTH 3 |
|---|---|---|---|
| | 3 | 3 | 3 |

DOLLARS                                    CENTS

3. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER
Enter Grand Total amount from Wage Report.

4. LESS WAGES IN EXCESS OF __31200.00__ PER INDIVIDUAL
(Cannot exceed amount on Line 3.)

5. TAXABLE WAGES PAID THIS QUARTER
Line 3 less Line 4.

6. UI AMOUNT DUE THIS QUARTER
Line 5 x the UI Rate shown above in "Your Rates."

7. CEP AMOUNT DUE THIS QUARTER
Line 5 x the CEP Rate shown above.

8. PRIOR CREDIT
(If applicable.)

9. CHARGE FOR LATE FILING OF THIS REPORT
(One or more days late add $5.00 forfeit.)

10. ADDITIONAL CHARGE FOR LATE FILING, AFTER 10 DAYS.
Line 5 x 1/10% (.001) for each month or part of month delinquent.

11. INTEREST ON PAST DUE UI CONTRIBUTIONS
Line 6 x 1% (.01) for each month or part of month delinquent.

12. **TOTAL PAYMENT DUE**
Total Line 6 through Line 11.

**DO NOT FILE. Information must be filed electronically at: <u>http://ui.nv.gov/ess.html</u>**

WLLLP001396



**DETR**

Nevada Department of Employment,
Training and Rehabilitation

**ONE NEVADA** - Growing A Skilled, Diverse Workforce

Wage Report

WATKINS & LETOFSKY LLP
2900 S HARBOR BLVD
SUITE 240
SANTA ANA CA 92704

| EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | QUARTER ENDING DATE | DELINQUENT AFTER |
|---|---|---|---|
| 040011061 | ████ | 03/31/19 | 04/30/19 |

| Social Security Number | Employee Name (LAST NAME \| FIRST NAME \| MIDDLE INITIAL) | | | Total Tips Reported | | Total Gross Wages + Tips | |
|---|---|---|---|---|---|---|---|
| | | | | DOLLARS | CENTS | DOLLARS | CENTS |
| ████ | SANTOS | THERESA | M | | | ████ | |
| | KACHERMEYER | FARAH | | | | | |
| | FORSTER | ERAN | S | | | | |

| NUMBER OF WORKERS REPORTED |
|---|
| 3 |

TOTAL GROSS WAGES + TIPS THIS PAGE.................................................................... $

GRAND TOTAL GROSS WAGES + TIPS **ALL** PAGES ...................................................... $

**Include the GRAND TOTAL on the Employer's Quarterly Report, Line 3.**

████

PAGE   1   OF 1   TOTAL PAGES

**DO NOT FILE. Information must be filed electronically at: http://ui.nv.gov/ess.html**

Report suspected UI Fraud online at https://uifraud.nvdetr.org or call (775) 684-0475

WLLLP001397

NEW0098

0080-A8004804    NV    PTD-19088     PREPARED BY PAYCHEX INC.



**DETR**

Nevada Department of Employment,
Training and Rehabilitation

**ONE NEVADA - Growing A Skilled, Diverse Workforce**

## Employer's Quarterly Report

WATKINS & LETOFSKY LLP
2900 S HARBOR BLVD
SUITE 240
SANTA ANA CA 92704

0080-A8004804    TAXPAY *
19179

| 1. | EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | YOUR RATES | |
|---|---|---|---|---|
| | | | UI 2.95 | % |
| | 040011061 | ▮▮▮▮▮▮ | CEP 0.05 | % |
| | QUARTER ENDING DATE | DELINQUENT AFTER | | |
| | 06/30/19 | 07/31/19 | | |

2. LABOR MARKET STATISTICS
   Enter for each month, the number of workers who worked during or received pay
   for the payroll period that includes the 12th of the month.

|  | MONTH 1 | MONTH 2 | MONTH 3 |
|---|---|---|---|
| | 3 | 2 | 3 |

**PAYMENT CALCULATION** *(Line 3 through Line 12)*
If no wages were paid in this quarter, enter 0.00 on Line 3. Sign report and return.

DOLLARS                    CENTS

3. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER
   Enter Grand Total amount from Wage Report.

4. LESS WAGES IN EXCESS OF __31200.00__ PER INDIVIDUAL
   (Cannot exceed amount on Line 3.)

5. TAXABLE WAGES PAID THIS QUARTER
   Line 3 less Line 4.

6. UI AMOUNT DUE THIS QUARTER
   Line 5 x the UI Rate shown above in "Your Rates."

7. CEP AMOUNT DUE THIS QUARTER
   Line 5 x the CEP Rate shown above.

8. PRIOR CREDIT
   (If applicable.)

9. CHARGE FOR LATE FILING OF THIS REPORT
   (One or more days late add $5.00 forfeit.)

10. ADDITIONAL CHARGE FOR LATE FILING, AFTER 10 DAYS.
    Line 5 x 1/10% (.001) for each month or part of month delinquent.

11. INTEREST ON PAST DUE UI CONTRIBUTIONS
    Line 6 x 1% (.01) for each month or part of month delinquent.

12. **TOTAL PAYMENT DUE**
    Total Line 6 through Line 11.

## DO NOT FILE.  Information must be filed electronically at: http://ui.nv.gov/ess.html

WLLLP001398





# DETR

**Nevada Department of Employment,
Training and Rehabilitation**

**ONE NEVADA - Growing A Skilled, Diverse Workforce**

**Wage Report**

WATKINS & LETOFSKY LLP
2900 S HARBOR BLVD
SUITE 240
SANTA ANA CA 92704

| EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | QUARTER ENDING DATE | DELINQUENT AFTER |
|---|---|---|---|
| 040011061 | ■■■■■ | 06/30/19 | 07/31/19 |

| Social Security Number | Employee Name (LAST NAME \| FIRST NAME \| MIDDLE INITIAL) | | | Total Tips Reported | | Total Gross Wages + Tips | |
|---|---|---|---|---|---|---|---|
| | | | | DOLLARS | CENTS | DOLLARS | CENTS |
| ■■■■ | SANTOS | THERESA | M | | | | |
| | KACHERMEYER | FARAH | | | | | |
| | FORSTER | ERAN | S | | | | |

| NUMBER OF WORKERS REPORTED |
|---|
| 3 |

TOTAL GROSS WAGES + TIPS THIS PAGE...................................................................... $

GRAND TOTAL GROSS WAGES + TIPS **ALL** PAGES ...................................................... $

**Include the GRAND TOTAL on the Employer's Quarterly Report, Line 3.**

PAGE   1   OF   1   TOTAL PAGES

**DO NOT FILE. Information must be filed electronically at: http://ui.nv.gov/ess.html**

Report suspected UI Fraud online at https://uifraud.nvdetr.org or call (775) 684-0475

WLLLP001399

0080-A8004804    NV    PTD-19179    PREPARED BY PAYCHEX INC.

NEW0098

# Nevada Department of Employment, Training and Rehabilitation

### Employer's Quarterly Report

WATKINS & LETOFSKY LLP
2900 S HARBOR BLVD
SUITE 240
SANTA ANA CA 92704

| 1.    EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | YOUR RATES | |
|---|---|---|---|
| | | UI | 2.95 % |
| 040011061 | ▮▮▮▮▮ | CEP | 0.05 % |
| QUARTER ENDING DATE 09/30/19 | DELINQUENT AFTER 10/31/19 | | |



2. LABOR MARKET STATISTICS
   Enter for each month, the number of workers who worked during or received pay
   for the payroll period that includes the 12th of the month.

| | MONTH 1 | MONTH 2 | MONTH 3 |
|---|---|---|---|
| | 3 | 3 | 3 |

**PAYMENT CALCULATION** *(Line 3 through Line 12)*
If no wages were paid in this quarter, enter 0.00 on Line 3. Sign report and return.

DOLLARS    CENTS

3. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER
   Enter Grand Total amount from Wage Report.

4. LESS WAGES IN EXCESS OF __31200.00__  PER INDIVIDUAL
   (Cannot exceed amount on Line 3.)

5. TAXABLE WAGES PAID THIS QUARTER
   Line 3 less Line 4.

6. UI AMOUNT DUE THIS QUARTER
   Line 5 x the UI Rate shown above in "Your Rates."

7. CEP AMOUNT DUE THIS QUARTER
   Line 5 x the CEP Rate shown above.

8. PRIOR CREDIT
   (If applicable.)

9. CHARGE FOR LATE FILING OF THIS REPORT
   (One or more days late add $5.00 forfeit.)

10. ADDITIONAL CHARGE FOR LATE FILING, AFTER 10 DAYS.
    Line 5 x 1/10% (.001) for each month or part of month delinquent.

11. INTEREST ON PAST DUE UI CONTRIBUTIONS
    Line 6 x 1% (.01) for each month or part of month delinquent.

12. **TOTAL PAYMENT DUE**
    Total Line 6 through Line 11.

### REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.



Report suspected UI Fraud online at https://uifraud.nvdetr.org or call (775) 684-0475        RPT3795

0080 - A8004804                TAXPAY®   19271

WLLLP001400

# Nevada Department of Employment, Training and Rehabilitation

WATKINS & LETOFSKY LLP
2900 S HARBOR BLVD
SUITE 240
SANTA ANA CA 92704

Wage Report

| EMPLOYER ACCOUNT NO. 040011061 | FEDERAL I.D. NO. ███ | QUARTER ENDING DATE 09/30/19 | DELINQUENT AFTER 10/31/19 |
|---|---|---|---|

| Social Security Number | Employee Name (LAST NAME \| FIRST NAME \| MIDDLE INITIAL) | | | Total Tips Reported DOLLARS CENTS | Total Gross Wages + Tips DOLLARS CENTS |
|---|---|---|---|---|---|
| ███ | ORTUNO | JOSEPH | M | | ███ |
| | SANTOS | THERESA | M | | |
| | KACHERMEYER | FARAH | | | |
| | FORSTER | ERAN | S | | |

| NUMBER OF WORKERS REPORTED | TOTAL GROSS WAGES + TIPS THIS PAGE  ..................................................$ | ███ |
|---|---|---|
| 4 | GRAND TOTAL GROSS WAGES + TIPS **ALL** PAGES   .................................$ | |

**Include the GRAND TOTAL on the Employer's Quarterly Report, Line 3.**          PAGE    1  OF  1   TOTAL PAGES

**REFERENCE COPY PREPARED BY PAYCHEX.  DO NOT FILE.**



Report suspected UI Fraud online at https://uifraud.nvdetr.org or call (775) 684-0475          NEW0098

0080 - A8004804          T A X P A Y®   19271

# Nevada Department of Employment, Training and Rehabilitation

## Employer's Quarterly Report

WATKINS & LETOFSKY LLP
2900 S HARBOR BLVD
SUITE 240
SANTA ANA CA 92704

| 1. EMPLOYER ACCOUNT NO. | FEDERAL I.D. NO. | YOUR RATES | |
|---|---|---|---|
| 040011061 | | UI | 2.95 % |
| | | CEP | 0.05 % |
| QUARTER ENDING DATE 12/31/19 | DELINQUENT AFTER 01/31/20 | | |

2. LABOR MARKET STATISTICS
Enter for each month, the number of workers who worked during or received pay for the payroll period that includes the 12th of the month.

| | MONTH 1 | MONTH 2 | MONTH 3 |
|---|---|---|---|
| | 3 | 3 | 3 |

**PAYMENT CALCULATION** *(Line 3 through Line 12)*
If no wages were paid in this quarter, enter 0.00 on Line 3. Sign report and return.

| | | DOLLARS | CENTS |
|---|---|---|---|

3. TOTAL GROSS WAGES (INCLUDING TIPS) PAID THIS QUARTER
Enter Grand Total amount from Wage Report.

4. LESS WAGES IN EXCESS OF __31200.00__ PER INDIVIDUAL
(Cannot exceed amount on Line 3.)

5. TAXABLE WAGES PAID THIS QUARTER
Line 3 less Line 4.

6. UI AMOUNT DUE THIS QUARTER
Line 5 x the UI Rate shown above in "Your Rates."

7. CEP AMOUNT DUE THIS QUARTER
Line 5 x the CEP Rate shown above.

8. PRIOR CREDIT
(If applicable.)

9. CHARGE FOR LATE FILING OF THIS REPORT
(One or more days late add $5.00 forfeit.)

10. ADDITIONAL CHARGE FOR LATE FILING, AFTER 10 DAYS.
Line 5 x 1/10% (.001) for each month or part of month delinquent.

11. INTEREST ON PAST DUE UI CONTRIBUTIONS
Line 6 x 1% (.01) for each month or part of month delinquent.

12. **TOTAL PAYMENT DUE**
Total Line 6 through Line 11.

## REFERENCE COPY PREPARED BY PAYCHEX. DO NOT FILE.



Report suspected UI Fraud online at https://uifraud.nvdetr.org or call (775) 684-0475        RPT3795

0080 - A8004804                 TAXPAY®  20001

WLLLP001402

# Nevada Department of Employment, Training and Rehabilitation

WATKINS & LETOFSKY LLP
2900 S HARBOR BLVD
SUITE 240
SANTA ANA CA 92704

Wage Report

| EMPLOYER ACCOUNT NO. 040011061 | FEDERAL I.D. NO. ■■■■ | QUARTER ENDING DATE 12/31/19 | DELINQUENT AFTER 01/31/20 |
|---|---|---|---|

| Social Security Number | Employee Name (LAST NAME \| FIRST NAME \| MIDDLE INITIAL) | | Total Tips Reported DOLLARS   CENTS | Total Gross Wages + Tips DOLLARS   CENTS |
|---|---|---|---|---|
| ■■■■ | ORTUNO | JOSEPH | M | ■■■■ |
| | SANTOS | THERESA | M | |
| | KACHERMEYER | FARAH | | |

| NUMBER OF WORKERS REPORTED | TOTAL GROSS WAGES + TIPS THIS PAGE .................................................$ | |
|---|---|---|
| | GRAND TOTAL GROSS WAGES + TIPS **ALL** PAGES ...................................$ | ■■■■ |
| 3 | **Include the GRAND TOTAL on the Employer's Quarterly Report, Line 3.** PAGE   1   OF   1   TOTAL PAGES |

**REFERENCE COPY PREPARED BY PAYCHEX.  DO NOT FILE.**

Report suspected UI Fraud online at https://uifraud.nvdetr.org or call (775) 684-0475    NEW0098

0080 - A8004804              T A X P A Y ®   20001

WLLLP001403