# EXHIBIT I

## PAYROLL RECORDS FOR AMY BUCHANAN

Case 2:19-cv-00226-GMN-BNW   Document 28-10   Filed 03/25/20   Page 2 of 5

Page 1 of 4         0080 **A800-4804** Watkins & Letofsky LLP         **EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 04/01/16 - 07/10/17)

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| Buchanan, Amy E | 39 | | | | | | |

1 *Person(s)*

WLLLP001279

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | MEDICAL | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/29 | Reg<br>Reg | | | 2708.34<br>541.67 | | 3250.01 | | 248.63 | 528.49 | | | | | | 2472.89 |
| 05/13 | Reg | | | 2708.34 | | 2708.34 | | 207.19 | 393.07 | | | | | | 2108.08 |
| 05/31 | Reg | | | 2708.34 | | 2708.34 | | 207.18 | 393.07 | | | | | | 2108.09 |
| 06/15 | Reg | | | 2708.34 | | 2708.34 | | 207.19 | 393.07 | | | | | | 2108.08 |
| 06/30 | Reg | | | 2708.34 | | 2708.34 | | 207.19 | 393.07 | | | | | | 2108.08 |
| 07/15 | Reg | | | 2708.34 | | 2708.34 | | 207.19 | 393.07 | | | | | | 2108.08 |
| 07/29 | Reg | | | 2708.34 | | 2708.34 | | 207.18 | 393.07 | | | | | | 2108.09 |
| 08/15 | Reg | | | 2708.34 | | 2708.34 | | 207.19 | 393.07 | | | | | | 2108.08 |
| 08/31 | Reg | | | 2708.34 | | 2708.34 | | 207.19 | 393.07 | | | | | | 2108.08 |
| 09/20 | Reg | | | 361.02 | | 361.02 | | 27.62 | | | | | | | 333.40 Manual |
| 12/20 | Bonus | | | 216.57 | | 216.57 | | 16.57 | | | | | | | 200.00 Manual |
| 12/20 | Reg | | | 988.54 | | 988.54 | | 75.62 | 64.27 | | | | | | 848.65 Manual |
| 01/05 | Reg | | | 1354.17 | | 1354.17 | | 103.60 | 118.70 | | | | | | 1131.87 |
| 01/20 | Reg | | | 1354.17 | | 1354.17 | | 103.59 | 118.70 | | | | | | 1131.88 |
| 02/03 | Reg | | | 1354.17 | | 1354.17 | | 103.60 | 118.70 | | | | | | 1131.87 |
| 02/17 | Reg | | | 1354.17 | | 1354.17 | | 103.58 | 118.70 | | | | | | 1131.89 |
| 03/03 | Reg | | | 1354.17 | | 1354.17 | | 103.60 | 118.70 | | | | | | 1131.87 |
| 03/20 | Reg | | | 2166.67 | | 2166.67 | | 165.75 | 255.78 | | | | | | 1745.14 |
| 04/05 | Reg | | | 2166.67 | | 2166.67 | | 146.28 | 202.39 | | | | 254.58 | | 1563.42 |
| 04/20 | Reg | | | 2166.67 | | 2166.67 | | 160.87 | 239.87 | | | | 63.64 | | 1702.29 |
| 05/05 | Reg | | | 2166.67 | | 2166.67 | | 160.89 | 239.87 | | | | 63.64 | | 1702.27 |
| 05/19 | Reg<br>Miscellaneou | | | 845.00<br>63.64 | | 908.64 | | 69.51 | 51.87 | | | | | | 787.26 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Buchanan, Amy E**<br>Soc Sec#: xxx-xx-0009<br>19 Mesquite Village Circle<br>Henderson, NV 89012 | ID<br>Sex:<br>Birthdate:<br>Hire Date:<br>Inactive Date:<br>Rehire Date: | 39<br><br>Female<br><br>04/13/2016<br><br>12/05/2016 | | Term Date:<br>Pay Frequency:<br>Standard Hrs:<br>Salary:<br><br>Last Raise Date: | 06/15/2017<br>Semi-monthly<br><br>2,166.67/Pay period<br><br>03/16/2017 | Withholding Method:<br><br><br><br>**Earnings:** | Federal: Single, 2<br>CA: (R) Single, 0, 0 | **Deductions:**<br>Medical | $63.64, Every Pay Period |

WLLLP001280

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 04/01/16 - 07/10/17)

0080 A800-4804 Watkins & Letofsky LLP

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | MEDICAL | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This Period Total | Regular Bonus Miscellaneou | | | 42548.82 216.57 63.64 | | | | | | | | | | | |
| | This Per | | | 42829.03 | | 42829.03 | | S 1641.94 M 384.00 | 3737.32 | | | | 381.86 | | 33879.36 |

**Buchanan, Amy E**
**Soc Sec#: xxx-xx-0009**
19 Mesquite Village Circle
Henderson, NV 89012

WLLLP001281

**0080 A800-4804** Watkins & Letofsky LLP

**EMPLOYEE EARNINGS RECORD**

(Requested Check Dates 04/01/16 - 07/10/17)

| CHECK DATE | DESCRIPTION | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | DEDUCTIONS | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS** | | | | |
| This Period Total | Regular Bonus Miscellaneous | | | 42548.82 216.57 63.64 | | 42829.03 | | Social Security Medicare Fed Income Tax | 2631.73 615.48 5320.60 | Medical | 381.86 | |
| This Period Total | | | | | | 42829.03 | | | 8567.81 | | | 33879.36 |

WLLLP001282