EXHIBIT J

EMPLOYEE COUNT RECORDS FOR WATKINS &
LETOFSKY, LLP, A CALIFORNIA LIMITED LIABILITY
PARTNERSHIP FROM PAYCHEX.

**WATKINS & LETOFSKY, LLP, NV and WATKINS & LETOFSKY, LLP, CA**
**COMBINED EMPLOYEE COUNT BETWEEN APR 2016 - NOV 2017**
**PAYCHEX RECORDS**

| Pay Date | Period Ending | # of Employees |
|----------|---------------|----------------|
| 04/15/16 | 04/15/16 | 10 |
| 04/29/16 | 04/29/16 | 11 |
| 05/13/16 | 05/15/16 | 11 |
| 05/31/16 | 05/31/16 | 11 |
| 06/15/16 | 06/15/16 | 9 |
| 06/30/16 | 06/30/16 | 11 |
| 07/15/16 | 07/15/16 | 12 |
| 07/29/16 | 07/31/16 | 11 |
| 08/15/16 | 08/15/16 | 9 |
| 08/31/16 | 08/31/16 | 10 |
| 09/20/16 | 09/15/16 | 10 |
| 10/05/16 | 09/30/16 | 8 |
| 10/20/16 | 10/15/16 | 10 |
| 11/04/16 | 10/31/16 | 10 |
| 11/18/16 | 11/15/16 | 10 |
| 12/05/16 | 11/30/16 | 10 |
| 12/20/16 | 12/15/16 | 12 |
| 01/05/17 | 12/31/17 | 12 |
| 01/20/17 | 01/15/17 | 12 |
| 02/03/17 | 01/31/17 | 13 |
| 02/17/17 | 02/15/17 | 12 |
| 03/03/17 | 02/28/17 | 13 |
| 03/20/17 | 03/15/17 | 13 |
| 04/05/20 | 03/31/17 | 12 |
| 04/20/17 | 04/15/17 | 12 |
| 05/05/17 | 04/30/17 | 12 |
| 05/19/17 | 05/15/17 | 12 |
| 06/05/17 | 05/31/17 | 11 |
| 06/20/17 | 06/15/17 | 12 |
| 07/05/17 | 06/30/17 | 12 |
| 07/20/17 | 07/15/17 | 12 |
| 08/04/17 | 07/30/17 | 12 |
| 08/18/17 | 08/15/17 | 13 |
| 09/05/17 | 08/31/17 | 12 |
| 09/20/17 | 09/15/17 | 11 |
| 10/05/17 | 09/30/17 | 10 |
| 10/20/17 | 10/15/17 | 12 |
| 11/03/17 | 10/31/17 | 13 |
| 11/20/17 | 11/15/17 | 13 |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 04/15/16 - 04/15/16)

Page 1 of 12        0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Gatewood, Brittany N | 32 | Salas, Juan A | 37 | Vescance, Erika M | 38 |
| Baseluos, George S | 36 | McIntosh, Katrina A | 23 | Schumacher, Zachary S | 34 | Wilson, Sarah A | 20 |
| Di Vincenzo, Jerrica | 11 | Na, Christian H | 19 | | | | |
| Everson, Bethany | 15 | | | | | | |
| | | | | | | | |
| *10 Person(s)* | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 04/29/16 - 04/29/16)

Page 1 of 13          0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\*  UNASSIGNED/ADJUSTMENTS** | | | | | | | |
| Basseluos, George S | 36 | Everson, Bethany | 15 | Na, Christian H | 19 | Vescance, Erika M | 38 |
| Buchanan, Amy E | 39 | Gatewood, Brittany N | 32 | Salas, Juan A | 37 | Wilson, Sarah A | 20 |
| Di Vincenzo, Jerrica | 11 | McIntosh, Katrina A | 23 | Schumacher, Zachary S | 34 | | |
| | | | | | | | |
| 11 Person(s) | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 05/13/16 - 05/13/16)

0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Everson, Bethany | 15 | Na, Christian H | 19 | Vescance, Erika M | 38 |
| Baseluos, George S | 36 | Gatewood, Brittany N | 32 | Salas, Juan A | 37 | Wilson, Sarah A | 20 |
| Buchanan, Amy E | 39 | McIntosh, Katrina A | 23 | Schumacher, Zachary S | 34 | | |
| Di Vincenzo, Jerrica | 11 | | | | | | |
| | | | | | | | |
| *11 Person(s)* | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 05/31/16 - 05/31/16)

Page 1 of 13          0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Everson, Bethany | 15 | Na, Christian H | 19 | Vescance, Erika M | 38 |
| Baseluos, George S | 36 | Gatewood, Brittany N | 32 | Salas, Juan A | 37 | Wilson, Sarah A | 20 |
| Buchanan, Amy E | 39 | McIntosh, Katrina A | 23 | Schumacher, Zachary S | 34 | | |
| Di Vincenzo, Jerrica | 11 | | | | | | |
| | | | | | | | |
| *11 Person(s)* | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 06/15/16 - 06/15/16)

0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Everson, Bethany | 15 | McIntosh, Katrina A | 23 | Salas, Juan A | 37 |
| Baseluos, George S | 36 | Gatewood, Brittany N | 32 | Na, Christian H | 19 | Vescance, Erika M | 38 |
| Buchanan, Amy E | 39 | | | | | | |
| Di Vincenzo, Jerrica | 11 | | | | | | |

*9 Person(s)*

0080 A800-4804 Watkins & Letofsky LLP

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 06/30/16 - 06/30/16)

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Dilts, Evie | 40 | McIntosh, Katrina A | 23 | Vescance, Erika M | 38 |
| Baseluos, George S | 36 | Everson, Bethany | 15 | Na, Christian H | 19 | Wilson, Sarah A | 20 |
| Buchanan, Amy E | 39 | Gatewood, Brittany N | 32 | Salas, Juan A | 37 | | |
| Di Vincenzo, Jerrica | 11 | | | | | | |

11 Person(s)

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 07/15/16 - 07/15/16)

Page 1 of 14          0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Di Vincenzo, Jerrica | 11 | Gatewood, Brittany N | 32 | Na, Christian H | 19 |
| Askander, David S | 42 | Dilts, Evie | 40 | McIntosh, Katrina A | 23 | Salas, Juan A | 37 |
| Baseluos, George S | 36 | Everson, Bethany | 15 | Mousmoules, Byron G | 41 | Vescance, Erika M | 38 |
| Buchanan, Amy E | 39 | | | | | | |
| | | | | | | | |
| 12 Person(s) | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 07/29/16 - 07/29/16)

Page 1 of 13          0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Di Vincenzo, Jerrica | 11 | Gatewood, Brittany N | 32 | Salas, Juan A | 37 |
| Askander, David S | 42 | Dilts, Evie | 40 | Mousmoules, Byron G | 41 | Vescance, Erika M | 38 |
| Basiliuos, George S | 36 | Everson, Bethany | 15 | Na, Christian H | 19 | | |
| Buchanan, Amy E | 39 | | | | | | |
| | | | | | | | |
| 11 *Person(s)* | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 08/15/16 - 08/15/16)

Page 1 of 11          0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Di Vincenzo, Jerrica | 11 | Gatewood, Brittany N | 32 | Mousmoules, Byron G | 41 |
| Askander, David S | 42 | Dilts, Evie | 40 | McIntosh, Katrina A | 23 | Salas, Juan A | 37 |
| Baseluos, George S | 36 | | | | | | |
| Buchanan, Amy E | 39 | | | | | | |

9 Person(s)

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 08/31/16 - 08/31/16)

Page 1 of 12          0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Di Vincenzo, Jerrica | 11 | Gatewood, Brittany N | 32 | Mousmoules, Byron G | 41 |
| Askander, David S | 42 | Dilts, Evie | 40 | Hagerty, Cecile | 44 | Salas, Juan A | 37 |
| Baseluos, George S | 36 | Gallardo, Elizabeth D | 43 | | | | |
| Buchanan, Amy E | 39 | | | | | | |

10 Person(s)

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 09/20/16 - 09/20/16)

Page 1 of 12          0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\* \* \* \* UNASSIGNED/ADJUSTMENTS** | | Di Vincenzo, Jerrica | 11 | Gatewood, Brittany N | 32 | Mousmoules, Byron G | 41 |
| Askander, David S | 42 | Dilts, Evie | 40 | Hagerty, Cecile | 44 | Salas, Juan A | 37 |
| Baseluos, George S | 36 | Gallardo, Elizabeth D | 43 | | | | |
| Buchanan, Amy E | 39 | | | | | | |

10 Person(s)

Page 1 of 10          0080 A800-4804 Watkins & Letofsky LLP

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 10/05/16 - 10/05/16)

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | | | | | | |
| Askander, David S | 42 | Dilts, Evie | 40 | Gatewood, Brittany N | 32 | Mousmoules, Byron G | 41 |
| Di Vincenzo, Jerrica | 11 | Gallardo, Elizabeth D | 43 | Hagerty, Cecile | 44 | Salas, Juan A | 37 |
| | | | | | | | |
| 8 Person(s) | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 10/20/16 - 10/20/16)

**0080 A800-4804** Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | | | | | | |
| Askander, David S | 42 | Gallardo, Elizabeth D | 43 | Mousmoules, Byron G | 41 | Salas, Juan A | 37 |
| Dills, Evie | 40 | Gatewood, Brittany N | 32 | Naleway, Nicole A | 47 | Soliman, John M | 46 |
| Forster, Eran S | 45 | Hagerty, Cecile | 44 | | | | |
| | | | | | | | |
| 10 *Person(s)* | | | | | | | |

0080 A800-4804 Watkins & Letofsky LLP

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 11/04/16 - 11/04/16)

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Gallardo, Elizabeth D | 43 | Mousmoules, Byron G | 41 | Salas, Juan A | 37 |
| Askander, David S | 42 | Gatewood, Brittany N | 32 | Naleway, Nicole A | 47 | Soliman, John M | 46 |
| Dilts, Evie | 40 | Hagerty, Cecile | 44 | | | | |
| Forster, Eran S | 45 | | | | | | |

10 *Person(s)*

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 11/18/16 - 11/18/16)

Page 1 of 12    **0080 A800-4804** Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | | | | | | |
| Askander, David S | 42 | Gallardo, Elizabeth D | 43 | Mousmoules, Byron G | 41 | Salas, Juan A | 37 |
| Dilts, Evie | 40 | Gatewood, Brittany N | 32 | Naleway, Nicole A | 47 | Soliman, John M | 46 |
| Forster, Eran S | 45 | Hagerty, Cecile | 44 | | | | |

10 Person(s)

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 12/05/16 - 12/05/16)

0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\* \* \* \* UNASSIGNED/ADJUSTMENTS** | | Gallardo, Elizabeth D | 43 | Mousmoules, Byron G | 41 | Salas, Juan A | 37 |
| Askander, David S | 42 | Gatewood, Brittany N | 32 | Naleway, Nicole A | 47 | Soliman, John M | 46 |
| Dilts, Evie | 40 | Hagerty, Cecile | 44 | | | | |
| Forster, Eran S | 45 | | | | | | |
| | | | | | | | |
| 10 Person(s) | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 12/20/16 - 12/20/16)

Page 1 of 14          0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Forster, Eran S | 45 | Gervais, Colleen | 48 | Naleway, Nicole A | 47 |
| Askander, David S | 42 | Gallardo, Elizabeth D | 43 | Hagerty, Cecile | 44 | Salas, Juan A | 37 |
| Buchanan, Amy E | 39 | Gatewood, Brittany N | 32 | Mousmoules, Byron G | 41 | Soliman, John M | 46 |
| Dilts, Evie | 40 | | | | | | |
| | | | | | | | |
| 12 Person(s) | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 01/05/17 - 01/05/17)

Page 1 of 14        0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\* \* \* \* UNASSIGNED/ADJUSTMENTS** | | | | | | | |
| Askander, David S | 42 | Forster, Eran S | 45 | Gervais, Colleen | 48 | Naleway, Nicole A | 47 |
| Buchanan, Amy E | 39 | Gallardo, Elizabeth D | 43 | Hagerty, Cecile | 44 | Salas, Juan A | 37 |
| Dilts, Evie | 40 | Gatewood, Brittany N | 32 | Mousmoules, Byron G | 41 | Soliman, John M | 46 |
| | | | | | | | |
| 12 Person(s) | | | | | | | |

0080 A800-4804 Watkins & Letofsky LLP

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 01/20/17 - 01/20/17)

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Forster, Eran S | 45 | Gervais, Colleen | 48 | Naleway, Nicole A | 47 |
| Askander, David S | 42 | Gallardo, Elizabeth D | 43 | Hagerty, Cecile | 44 | Salas, Juan A | 37 |
| Buchanan, Amy E | 39 | Gatewood, Brittany N | 32 | Mousmoules, Byron G | 41 | Soliman, John M | 46 |
| Dilts, Evie | 40 | | | | | | |
| | | | | | | | |
| 12 Person(s) | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 02/03/17 - 02/03/17)

Page 1 of 15          0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Gallardo, Elizabeth D | 43 | Hagerty, Cecile | 44 | Naleway, Nicole A | 47 |
| Askander, David S | 42 | Gatewood, Brittany N | 32 | Henderson, Shelley M | 49 | Salas, Juan A | 37 |
| Buchanan, Amy E | 39 | Gervais, Colleen | 48 | Mousmoules, Byron G | 41 | Soliman, John M | 46 |
| Dilts, Evie | 40 | | | | | | |
| Forster, Eran S | 45 | | | | | | |

13 Person(s)

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 02/17/17 - 02/17/17)

0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Forster, Eran S | 45 | Gervais, Colleen | 48 | Naleway, Nicole A | 47 |
| Askander, David S | 42 | Gallardo, Elizabeth D | 43 | Hagerty, Cecile | 44 | Salas, Juan A | 37 |
| Buchanan, Amy E | 39 | Gatewood, Brittany N | 32 | Mousmoules, Byron G | 41 | Soliman, John M | 46 |
| Dilts, Evie | 40 | | | | | | |

12 Person(s)

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 03/03/17 - 03/03/17)

**0080 A800-4804** Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\* \* \* \* UNASSIGNED/ADJUSTMENTS** | | | | | | | |
| Askander, David S | 42 | Gallardo, Elizabeth D | 43 | Hagerty, Cecile | 44 | Naleway, Nicole A | 47 |
| Buchanan, Amy E | 39 | Gatewood, Brittany N | 32 | Henderson, Shelley M | 49 | Salas, Juan A | 37 |
| Dilts, Evie | 40 | Gervais, Colleen | 48 | Mousmoules, Byron G | 41 | Soliman, John M | 46 |
| Forster, Eran S | 45 | | | | | | |
| | | | | | | | |
| *13 Person(s)* | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 03/20/17 - 03/20/17)

0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | | | | | | |
| Askander, David S | 42 | Gallardo, Elizabeth D | 43 | Hagerty, Cecile | 44 | Naleway, Nicole A | 47 |
| Buchanan, Amy E | 39 | Gatewood, Brittany N | 32 | Henderson, Shelley M | 49 | Salas, Juan A | 37 |
| Dilts, Evie | 40 | Gervais, Colleen | 48 | Mousmoules, Byron G | 41 | Soliman, John M | 46 |
| Forster, Eran S | 45 | | | | | | |
| | | | | | | | |
| 13 Person(s) | | | | | | | |

0080 A800-4804 Watkins & Letofsky LLP

# EMPLOYEE EARNINGS RECORD
(Requested Check Dates 04/05/17 - 04/05/17)

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **** UNASSIGNED/ADJUSTMENTS | | Forster, Eran S | 45 | Gervais, Colleen | 48 | Naleway, Nicole A | 47 |
| Askander, David S | 42 | Gallardo, Elizabeth D | 43 | Henderson, Shelley M | 49 | Salas, Juan A | 37 |
| Buchanan, Amy E | 39 | Gatewood, Brittany N | 32 | Mousmoules, Byron G | 41 | Soliman, John M | 46 |
| Dilts, Evie | 40 | | | | | | |
| | | | | | | | |
| 12 Person(s) | | | | | | | |

**0080 A800-4804** Watkins & Letofsky LLP

## EMPLOYEE EARNINGS RECORD
(Requested Check Dates 04/20/17 - 04/20/17)

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | | | | | | |
| Askander, David S | 42 | Forster, Eran S | 45 | Gervais, Colleen | 48 | Naleway, Nicole A | 47 |
| Buchanan, Amy E | 39 | Gallardo, Elizabeth D | 43 | Henderson, Shelley M | 49 | Salas, Juan A | 37 |
| Dilts, Evie | 40 | Gatewood, Brittany N | 32 | Mousmoules, Byron G | 41 | Soliman, John M | 46 |
| | | | | | | | |
| 12 Person(s) | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 05/05/17 - 05/05/17)

Page 1 of 14                    0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Forster, Eran S | 45 | Gervais, Colleen | 48 | Naleway, Nicole A | 47 |
| Askander, David S | 42 | Gallardo, Elizabeth D | 43 | Henderson, Shelley M | 49 | Salas, Juan A | 37 |
| Buchanan, Amy E | 39 | Gatewood, Brittany N | 32 | Mousmoules, Byron G | 41 | Soliman, John M | 46 |
| Dilts, Evie | 40 | | | | | | |
| | | | | | | | |
| 12 Person(s) | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 05/19/17 - 05/19/17)

Page 1 of 14          0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Forster, Eran S | 45 | Gervais, Colleen | 48 | Naleway, Nicole A | 47 |
| Askander, David S | 42 | Gallardo, Elizabeth D | 43 | Henderson, Shelley M | 49 | Salas, Juan A | 37 |
| Buchanan, Amy E | 39 | Gatewood, Brittany N | 32 | Mousmoules, Byron G | 41 | Soliman, John M | 46 |
| Dilts, Evie | 40 | | | | | | |
| | | | | | | | |
| 12 Person(s) | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 06/05/17 - 06/05/17)

0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | | | | | | |
| Askander, David S | 42 | Gallardo, Elizabeth D | 43 | Henderson, Shelley M | 49 | Salas, Juan A | 37 |
| Dilts, Evie | 40 | Gatewood, Brittany N | 32 | Mousmoules, Byron G | 41 | Soliman, John M | 46 |
| Forster, Eran S | 45 | Gervais, Colleen | 48 | Naleway, Nicole A | 47 | | |
| | | | | | | | |
| *11 Person(s)* | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 06/20/17 - 06/20/17)

Page 1 of 14          0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Forster, Eran S | 45 | Gervais, Colleen | 48 | Naleway, Nicole A | 47 |
| Askander, David S | 42 | Gallardo, Elizabeth D | 43 | Henderson, Shelley M | 49 | Salas, Juan A | 37 |
| Bhatia, Farah | 50 | Gatewood, Brittany N | 32 | Mousmoules, Byron G | 41 | Soliman, John M | 46 |
| Dilts, Evie | 40 | | | | | | |
| | | | | | | | |
| 12 *Person(s)* | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 07/05/17 - 07/05/17)

0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | | | | | | |
| Askander, David S | 42 | Forster, Eran S | 45 | Gervais, Colleen | 48 | Naleway, Nicole A | 47 |
| Beck, Kimberly J | 51 | Gallardo, Elizabeth D | 43 | Henderson, Shelley M | 49 | Salas, Juan A | 37 |
| Bhatia, Farah | 50 | Gatewood, Brittany N | 32 | Mousmoules, Byron G | 41 | Soliman, John M | 46 |
| | | | | | | | |
| *12 Person(s)* | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 07/20/17 - 07/20/17)

0080 A800-4804 Watkins & Letofsky LLP

Page 1 of 14

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Forster, Eran S | 45 | Gervais, Colleen | 48 | Naleway, Nicole A | 47 |
| Askander, David S | 42 | Gallardo, Elizabeth D | 43 | Henderson, Shelley M | 49 | Salas, Juan A | 37 |
| Beck, Kimberly J | 51 | Gatewood, Brittany N | 32 | Mousmoules, Byron G | 41 | Soliman, John M | 46 |
| Bhatia, Farah | 50 | | | | | | |

12 Person(s)

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 08/04/17 - 08/04/17)

Page 1 of 14        0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Forster, Eran S | 45 | Gervais, Colleen | 48 | Naleway, Nicole A | 47 |
| Askander, David S | 42 | Gallardo, Elizabeth D | 43 | Henderson, Shelley M | 49 | Salas, Juan A | 37 |
| Beck, Kimberly J | 51 | Gatewood, Brittany N | 32 | Mousmoules, Byron G | 41 | Soliman, John M | 46 |
| Bhatia, Farah | 50 | | | | | | |
| | | | | | | | |
| 12 Person(s) | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 08/18/17 - 08/18/17)

0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | | | | | | |
| Askander, David S | 42 | Gatewood, Brittany N | 32 | Machado, Stephanie | 53 | Rodriquez, Soraida | 52 |
| Bhatia, Farah | 50 | Gervais, Colleen | 48 | Mousmoules, Byron G | 41 | Salas, Juan A | 37 |
| Forster, Eran S | 45 | Henderson, Shelley M | 49 | Naleway, Nicole A | 47 | Soliman, John M | 46 |
| Gallardo, Elizabeth D | 43 | | | | | | |

13 *Person(s)*

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 09/05/17 - 09/05/17)

Page 1 of 14          0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Deskin, Nicole R | 54 | Gervais, Colleen | 48 | Naleway, Nicole A | 47 |
| Askander, David S | 42 | Forster, Eran S | 45 | Henderson, Shelley M | 49 | Salas, Juan A | 37 |
| Bhatia, Farah | 50 | Gatewood, Brittany N | 32 | Machado, Stephanie | 53 | Soliman, John M | 46 |
| Buchanan, Amy E | 39 | | | | | | |
| | | | | | | | |
| 12 Person(s) | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 09/20/17 - 09/20/17)

Page 1 of 13

**0080 A800-4804** Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Forster, Eran S | 45 | Henderson, Shelley M | 49 | Salas, Juan A | 37 |
| Askander, David S | 42 | Gatewood, Brittany N | 32 | Machado, Stephanie | 53 | Soliman, John M | 46 |
| Bhatia, Farah | 50 | Gervais, Colleen | 48 | Naleway, Nicole A | 47 | | |
| Deskin, Nicole R | 54 | | | | | | |

11 Person(s)

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 10/05/17 - 10/05/17)

0080 A800-4804 Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Gatewood, Brittany N | 32 | Naleway, Nicole A | 47 | Santos, Therea | 56 |
| Bhatia, Farah | 50 | Henderson, Shelley M | 49 | Salas, Juan A | 37 | Soliman, John M | 46 |
| Carbaugh, Tara | 55 | Machado, Stephanie | 53 | | | | |
| Forster, Eran S | 45 | | | | | | |
| | | | | | | | |
| 10 Person(s) | | | | | | | |

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 10/20/17 - 10/20/17)

**0080 A800-4804** Watkins & Letofsky LLP

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\* \* \* \* UNASSIGNED/ADJUSTMENTS** | | Gervais, Colleen | 48 | Machado, Stephanie | 53 | Santos, Theresa M | 56 |
| Carbaugh, Tara | 55 | Kachermeyer, Farah | 50 | Naleway, Nicole A | 47 | Soliman, John M | 46 |
| Forster, Eran S | 45 | Le, Crystal N | 58 | Salas, Juan A | 37 | Wong, Gary M | 57 |
| Gatewood, Brittany N | 32 | | | | | | |

12 *Person(s)*

0080 A800-4804 Watkins & Letofsky LLP

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 11/03/17 - 11/03/17)

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Henderson, Shelley M | 49 | Machado, Stephanie | 53 | Santos, Theresa M | 56 |
| Carbaugh, Tara | 55 | Kachermeyer, Farah | 50 | Naleway, Nicole A | 47 | Soliman, John M | 46 |
| Forster, Eran S | 45 | Le, Crystal N | 58 | Salas, Juan A | 37 | Wong, Gary M | 57 |
| Gatewood, Brittany N | 32 | | | | | | |
| Gervais, Colleen | 48 | | | | | | |

13 *Person(s)*

0080 A800-4804 Watkins & Letofsky LLP

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 11/20/17 - 11/20/17)

| EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID | EMPLOYEE NAME | ID |
|---|---|---|---|---|---|---|---|
| **\*\*\*\* UNASSIGNED/ADJUSTMENTS** | | Henderson, Shelley M | 49 | Machado, Stephanie | 53 | Santos, Theresa M | 56 |
| Carbaugh, Tara | 55 | Kachermeyer, Farah | 50 | Naleway, Nicole A | 47 | Soliman, John M | 46 |
| Forster, Eran S | 45 | Le, Crystal N | 58 | Salas, Juan A | 37 | Wong, Gary M | 57 |
| Gatewood, Brittany N | 32 | | | | | | |
| Gervais, Colleen | 48 | | | | | | |

13 *Person(s)*