Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Brian S. Letofsky
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
Joseph M. Ortuno
Nevada State Bar No. 11233
jortuno@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Ave., Ste. 265
Las Vegas, NV 89123
Office:(702) 901-7553; Fax: (702) 974-1297
Attorneys for Defendant, Watkins & Letofsky, LLP

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

AMY BUCHANAN

               Plaintiff,

vs.

WATKINS & LETOFSKY, LLP., a Nevada Limited Liability Partnership; and DOES 1-X, inclusive,

               Defendant.

Case No.:  2:19-cv-00226-GMN-VCF

**DEFENDANTS' NOTICE OF FILING**

      PLEASE TAKE NOTICE that the following documents were filed this date in the above-entitled matter:

   1.  DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; and

1

2.   INDEX OF EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

2

3

DATED this 25th day of March, 2020.

4

WATKINS & LETOFSKY, LLP

5

By:     /s/ Joseph M. Ortuno

6

_____
Daniel R. Watkin, Esq.

7

Brian S. Letofsky, Esq

8

Joseph M. Ortuno, Esq.
8215 S. Eastern Avenue, Suite 265

9

Las Vegas, NV 89123
Office: (702) 901-7553; Fax: (702) 974-1297

10

Attorneys for Watkins & Letofsky, LLP

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the foregoing **DEFENDANTS' NOTICE OF FILING** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

**James P.Kemp, Esq.**

DATED this 25th day of March, 2020

*/s/ Farah Kachermeyer*

_____

An Employee of Watkins & Letofsky, LLP