# INDEX TO EXHIBITS

1. Declaration of Amy Buchanan

2. Deposition of Dan Watkins (30(b)(6) deposition of Watkins & Letofsky also)

3. WLLLP 1306-1307 EMAILS  Identifying Hourly Rate of $31.25 per hour and Dan Watkins saying he would pay for the hours above the 50% and/or 80% of salary Amy had been paid.

4. WLLLP 1311-1312 EMAILS  12/14/16 Dan Watkins explaining terms of Amy's employment as "same salary" as before but working 50% of the time-4 days per week, 5 hours per day, starting 12/5/16.

5. WLLLP 1328-29 EMAILS  Summer 2017 discussing possible accommodations that Amy was proposing and her efforts to obtain notes from her doctors regarding accommodations.

6. WLLLP 1337 EMAILS  8/16-17/17 Amy asking for accommodations including reduced schedule of 20 hours per week and Dan Watkins claiming that she had said she did not want a reduced schedule. Amy pointing out the problem was that the reduced schedule was never kept to.

7. WLLLP 1355-59 EMAILS  9/1/17 and 7/8-10/17 Amy's summary of hours that she is unpaid for totaling $14,486.95 and Dan Watkins agreeing that he would pay for time Amy worked over her scheduled hours.

8. WLLLP 1362-63 EMAILS 11/30/16 Emails evidencing the agreement that Amy would come back to work at Watkins & Letofsky at 20 hours per week but only pay her one-half of her $65,000 salary for those 20 hours per week (Mon-Thurs 5 hours per day)

9. WLLLP 1364 EMAILS 5/11-5/12/17 Emails discussing work accommodations

10. WLLLP 1368-69 EMAILS 5/11/17-5/12/17 putting Amy on an "indefinite" leave of absence. This is ultimately because she was not being accommodated as she was promised she would be.

11. WLLLP 1371 EMAILS 2/20/17-2/21/17 discussing the updated weekly work schedule where Amy would work 32 hours per week instead of 20 hours per week (80% rather than 50%)

12. WLLLP 1324 EMAILS Showing Nancy Letofsky's title as Office Manager and Legal Assistant (she is also referred to as a paralegal at WLLLP 1340)

13. W&L Employee Roster from sometime after 9/1/16 when Amy had resigned to have surgery and 12/5/16 when she returned listing Nancy Letofsky and Susan Watkins as employees

14. NERC/EEOC charge of disability discrimination and retaliation filed September 4, 2018

15. TEXT MESSAGE DAN WATKINS From September 1, 2017 at 4:35 p.m. agreeing to pay Amy for the extra time above 50% (20 hours) that she worked and to address insurance issues

16. DOCTOR NOTES RE: ACCOMMODATIONS From July and August 2017 obtained at W&L's request to address accommodations.

17. W&L RESP. TO LABOR COMMISSIONER Sent to Amy Buchanan on January 25, 2018 admitting that some money is owed.