# EXHIBIT 4

# WLLLP 1311-1312 EMAILS

12/14/16 Dan Watkins explaining terms of Amy's employment as "same salary" as before but working 50% of the time-4 days per week, 5 hours per day, starting 12/5/16.

# EXHIBIT 4

**Archived:** Thursday, October 24, 2019 10:25:31 AM
**From:** Dan Watkins
**Sent:** Wed, 14 Dec 2016 10:03:30
**To:** Susan Watkins
**Cc:** Dan Watkins; Brian Letofsky; Nancy Letofsky
**Subject:** RE: Amy Buchanan
**Importance:** Normal

---

Amy is working at same salary she had before she left. I can't recall what it was. But she is working at 50% - 4 days a week at 5 hours a day.

Her first day back is 12/5.

We need her back on the E&O insurance if she was taken off.

Thanks,

Dan


Daniel R. Watkins

Orange County, California
4040 MacArthur Boulevard, Suite 240
Newport Beach, CA 92660
Toll Free: (866) 439-1295 | Office: (949) 476-9400
Fax (949) 476-9407

Las Vegas, Nevada
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Toll Free: (866) 439-1295 | Office: (702) 901-7553
Fax (702) 974-1297


www.wl-llp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Susan Watkins
**Sent:** Wednesday, December 14, 2016 8:49 AM
**To:** Dan Watkins
**Subject:** Amy Buchanan

Can you tell me the terms of her employment?

*Susan Watkins*
Accounting & Billing Coordinator

Description: Logo.2016

Orange County, California
4040 MacArthur Boulevard, Suite 240
Newport Beach, CA 92660
Toll Free: (866) 439-1295 | Office: (949) 476-9400
Fax (949) 476-9407

Las Vegas, Nevada
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Toll Free: (866) 439-1295 | Office: (702) 901-7553
Fax: (702) 974-1297

www.wl-llp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.  To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

WLLLP001312