# EXHIBIT 5
# WLLLP 1328-29 EMAILS

Summer 2017 discussing possible accommodations that Amy was proposing and her efforts to obtain notes from her doctors regarding accommodations.

# EXHIBIT 5

**Archived:** Thursday, October 24, 2019 10:31:07 AM
**From:** Dan Watkins
**Sent:** Wed, 16 Aug 2017 17:44:47
**To:** Amy Buchanan
**Cc:** Dan Watkins
**Subject:** RE: Medical Update
**Importance:** Normal

---

Thank you for the update.  I hope you are doing well.

I reviewed the documents and websites.  Thank you.

Question – Are you requesting to return to work at 4 hours a day?  I recall you indicating in our previous conversations that you did not want to work limited hours.  I am driving out to Vegas tonight.  We can talk tonight if that works – call me on my cell 949-400-1327 or we can discuss Thursday or Friday.  Let me know what works.

Thanks,

Dan


Daniel R. Watkins
*Licensed in California and Nevada*


Orange County, California
2900 Harbor Blvd., Suite 240
Santa Ana, CA 92704
Toll Free: (866) 439-1295 | Office: (949) 476-9400
Fax: (949) 476-9407

Las Vegas, Nevada
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Toll Free: (866) 439-1295 | Office: (702) 901-7553
Fax: (702) 974-1297

www.wl-llp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.  To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

---

**From:** Amy Buchanan
**Sent:** Monday, August 14, 2017 6:55 PM
**To:** Dan Watkins
**Subject:** RE: Medical Update

Dan,

I've attached two letters.  I'm *still* waiting for letters from my other medical providers despite my multiple requests.

Meanwhile, here are links to recommended accommodations from the Job Accommodation Network re employees such as myself with chronic pain, fibromyalgia and migraines.
https://askjan.org/media/pain.htm
https://askjan.org/media/fibr.htm
https://askjan.org/media/migr.htm

Best,
Amy

---

**From:** Amy Buchanan
**Sent:** Saturday, July 08, 2017 2:45 PM
**To:** Dan Watkins

**Subject:** RE: Medical Update

Hi Dan,

I've requested letters to provide for an accommodation request.  I'll provide them to you once I have them.

Best,
Amy

---

**From:** Dan Watkins
**Sent:** Thursday, June 29, 2017 12:36 PM
**To:** Amy Buchanan
**Cc:** Dan Watkins
**Subject:** RE: Medical Update

Hey Amy –

Thank you for the update.  Sorry to hear about the continuing pain.  Good news re autoimmune disease not being a problem.  As for work, I would recommend you speak with your health care providers over the next visits and ask them what they think would be appropriate in terms of hours and the type of work and let me know what restrictions they believe are appropriate and we can go from there.

How does this sound?

Thanks,

Dan

Daniel R. Watkins
*Licensed in California and Nevada*

Orange County, California
2900 Harbor Blvd., Suite 240
Santa Ana, CA 92704
Toll Free: (866) 439-1295 | Office: (949) 476-9400
Fax: (949) 476-9407

Las Vegas, Nevada
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Toll Free: (866) 439-1295 | Office: (702) 901-7553
Fax: (702) 974-1297

www.wl-llp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.  To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

---

**From:** Amy Buchanan
**Sent:** Wednesday, June 28, 2017 4:35 PM
**To:** Dan Watkins
**Subject:** Medical Update

Hi Dan,

This past month's been pretty rough between a bad cold/sinus infection, another urgent care visit, and bad side effects from meds and acupuncture.

Good news is I don't have an autoimmune disease as suspected.  Bad news is I have fibromyalgia and low T3, the culprits behind my chronic pain and fatigue.  There's no cure - it's a matter of trying to manage it.  I see my neurologist and pain management doctors again this week, and I'm waiting to see a doctor who practices osteopathic medicine next week.

As for work, I feel I'm at a loss.  I know I can't consistently perform all the firm's requirements/expectations as a full time associate, and being part-time does't seem possible.  Let me know what your thoughts are.

Best,
Amy