# EXHIBIT 6
# WLLLP 1337 EMAILS

8/16-17/17 Amy asking for accommodations including reduced schedule of 20 hours per week and Dan Watkins claiming that she had said she did not want a reduced schedule. Amy pointing out the problem was that the reduced schedule was never kept to.

# EXHIBIT 6

**Archived:** Thursday, October 24, 2019 10:32:15 AM
**From:** Amy Buchanan
**Sent:** Thu, 17 Aug 2017 16:05:23
**To:** Dan Watkins
**Subject:** RE: Medical Update
**Importance:** Normal

Hi Dan,

I sent you a text. I'm confused as to me not wanting to work limited hours as I've requested a part time schedule from the time I returned to the firm and I would notify you if my hours could increase health permitting. I started with Monday through Thursday, 5 hours a day and then agreed to 9am-5pm starting March 1st. Unfortunately, my health has not improved, and my doctors recommend I work part time, preferably 20 hours per week for the time being. My concern is whether this is possible as I was consistently working additional hours.

Best,
Amy

---

**From:** Dan Watkins
**Sent:** Wednesday, August 16, 2017 5:44 PM
**To:** Amy Buchanan
**Cc:** Dan Watkins
**Subject:** RE: Medical Update

Thank you for the update. I hope you are doing well.

I reviewed the documents and websites. Thank you.

Question – Are you requesting to return to work at 4 hours a day? I recall you indicating in our previous conversations that you did not want to work limited hours. I am driving out to Vegas tonight. We can talk tonight if that works – call me on my cell 949-400-1327 or we can discuss Thursday or Friday. Let me know what works.

Thanks,

Dan


Daniel R. Watkins
*Licensed in California and Nevada*


Orange County, California
2900 Harbor Blvd., Suite 240
Santa Ana, CA 92704
Toll Free: (866) 439-1295 | Office: (949) 476-9400
Fax: (949) 476-9407

Las Vegas, Nevada
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Toll Free: (866) 439-1295 | Office: (702) 901-7553
Fax: (702) 974-1297

www.wl-llp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

---

**From:** Amy Buchanan
**Sent:** Monday, August 14, 2017 6:55 PM
**To:** Dan Watkins
**Subject:** RE: Medical Update

Dan,

WLLLP001337