# EXHIBIT 7
# WLLLP 1355-59 EMAILS

9/1/17 and 7/8-10/17 Amy's summary of hours that she is unpaid for totaling $14,486.95 and Dan Watkins agreeing that he would pay for time Amy worked over her scheduled hours

EXHIBIT 7

**Archived:** Thursday, October 24, 2019 10:41:48 AM
**From:** Amy Buchanan
**Sent:** Fri, 1 Sep 2017 16:35:30
**To:** Susan Watkins; Dan Watkins
**Subject:** RE: Payroll Correction
**Importance:** Normal

---

Hi Susan,

Following our conversation, I thought I'd send the following for clarification.

Each full time paycheck is $2,708.34 gross ($5,416.68/month). Divided by the 160hr monthly billable requirements = **$33.85/hour** ($33.85 x 160 = $5,416 x 12 = $64,992).

<mark>**September 2016**</mark>: I'd be owed 8 x $33.85 = $270.80.

<mark>**December 2016 - February 2017:**</mark>
**Monday - Thursday, 20 hours per week, Paid 50% of FT salary**

**December 2016:** 123.20 hours (43.2 hours OT)

- Dec. 1-15:   Paid $988.54 gross (owed $365.63)
- Dec. 16-31:  Paid $1,354.17 gross

**Therefore, I'd be owed the $365.65 plus (43.2 x $33.85 = $1,462.32) = $1,827.97.**

**January 2017:** 189.70 hours (99.7 hours OT)

- Jan. 1-15:   Paid $1,354.17 gross
- Jan. 16-31:  Paid $1,354.17 gross

**Therefore, I'd be owed full time pay ($1,354.17 x 2 = $2,708.34) plus bonus ($50 x 29.7 = $1,485) = $4,193.34.**

**February 2017:** 174.30 hours (94.3 hours OT)

- Feb. 1-15:   Paid $1,354.17 gross
- Feb. 16-28:  Paid $1,354.17 gross

**Therefore, I'd be owed full time pay ($1,354.17 x 2 = $2,708.34) plus bonus ($50 x 14.3 = $715) = $3,423.34.**

<mark>**March - May 2017**</mark>:
**Monday - Thursday, 9am-5pm, Paid 80% of FT salary**
*Calculated at 32 hours/week

**March 2017:** 155.30 hours (11.3 hours OT) = Full time

- March 1-15:    Paid $2,166.17
- March 16-31:   Paid $2,166.17

**Therefore, I'd be owed full time pay $542.17 x 2 = $1,084.34.**

**April 2017:** 172.60 hours (44.6 hours OT) = Full time
*See revised timesheet attached

- April 1-15:    Paid $2,166.17
- April 16-30:   Paid $2,166.17

**Therefore, I'd be owed full time pay ($542.17 x 2 = $1,084.34) plus bonus ($50 x 12.6 = $630) = $1,714.34.**

**May 2017:** 88.1 hours (18.8 hours OT)
May 1-15: 76.3 hours = Full time
May 16-31: 11.8 hours

- May 1-15:    Paid $845.00 (owed $1,321.67)

**Therefore, I'd be owed $1,321.67 plus $542.17 (full time pay May 1-15) plus (11.8 x $33.85 = $399.45) = $2,263.29.**

**June 2017:** 2.7 hours

**Therefore, I'd be owed 2.7 x $33.85 = $91.40.**

*Note: Bonus calculated upon 160 hours per month although it was discussed bonus would be given after 150 hours per month in Las Vegas office per annual review.

**Medical:** $127.29 per month (paid March - May 2017)
Owe June - August 2017 ($127.29 x 3) = $381.87

**SUMMARY:**
Sept. 2016   $   270.80
Dec. 2016   $1,827.97
Jan. 2017   $4,193.34
Feb. 2017   $3,423.34
March 2017   $1,084.34
April 2017   $1,714.34
May 2017   $2,263.29
June 2017   $      91.40
**Total Owed**   $14,868.82 - $381.87 = **$14,486.95**

I'll look forward to speaking with you and Dan soon.

Thank you.

Best,
Amy

---

**From:** Susan Watkins
**Sent:** Friday, September 01, 2017 2:18 PM
**To:** Dan Watkins; Amy Buchanan
**Subject:** RE: Payroll Correction

Hi Amy,

A check will be mailed today in the net amount of $1,338.59 for the supplement earnings calculated in your email below. I have attached the Paychex calculations for your reference; however, a paystub will be generated and mailed to your home.

We paid the $1,687.30 gross earnings you felt you were entitled to plus an additional 8.0 hours at a rate of $31.25 ($65,000 divided by 2080 8-Hour/day workhours

**BUCHANAN, AMY**
**SUPPLEMENTAL WAGES DUE**

|  | Amount |  |  |  |
|---|---|---|---|---|
| Gross Earnings (Dec 2016 – May 2017) | $1,687.30 |  |  |  |
| Gross Earnings (09/21-09/23/17 = 8.0 Hours) | $250.00 |  |  |  |
| Total Gross Earnings | $1,937.30 |  |  |  |
| Insurance Calculation: | Amount | Allowance | Co-Pay | Notes |
| Mar | $401.82 | $275.00 | $126.82 |  |
| Apr | $401.82 | $275.00 | $126.82 |  |
| May | $401.82 | $275.00 | $126.82 |  |
| Jun | $401.82 | $275.00 | $126.82 |  |
| Jul | $401.82 | $275.00 | $126.82 |  |
| Total Due |  |  | $634.10 |  |
| Total Paid |  |  | ($318.22) | 05/05/17 Charged $63.64; 05/19/17 Refunded $63.64 |
| Due from AEB |  |  | $315.88 |  |

If you have any questions or concerns, please do not hesitate to contact either Dan or myself.

I hope you things are getting better for you and wish you the best.

Respectfully,

*Susan Watkins*
Accounting & Billing Coordinator

cid:image002.png@01D275C9.E556C130

Orange County, California
2900 S. Harbor Boulevard, Suite 240
Santa Ana, CA 92704