# EXHIBIT 8
# WLLLP 1362-63 EMAILS

11/30/16 Emails evidencing the agreement that Amy would come back to work at Watkins & Letofsky at 20 hours per week but only pay her one-half of her $65,000 salary for those 20 hours per week (Mon-Thurs 5 hours per day)

EXHIBIT 8

**Archived:** Thursday, October 24, 2019 10:42:09 AM
**From:** Susan Watkins
**Sent:** Wed, 30 Nov 2016 17:10:18
**To:** Dan Watkins; Brian Letofsky
**Subject:** RE: Tentative Schedule / Availability
**Importance:** Normal

---

$65,000

---

**From:** Dan Watkins
**Sent:** Wednesday, November 30, 2016 4:40 PM
**To:** Brian Letofsky
**Cc:** Susan Watkins
**Subject:** FW: Tentative Schedule / Availability

Brian - this is Amy's proposal regarding work schedule. With her proposed schedule, we would have her on half time. We would set her up with half minimums but no bonus opportunity. You good with this?

Susan –Can you tell me Amy's salary when she left.

Thanks,

Dan

Daniel R. Watkins

<u>Orange County, California</u>
4040 MacArthur Boulevard, Suite 240
Newport Beach, CA 92660
Toll Free: (866) 439-1295 | Office: (949) 476-9400
Fax: (949) 476-9407

<u>Las Vegas, Nevada</u>
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Toll Free: (866) 439-1295 | Office: (702) 901-7553
Fax: (702) 974-1297

<u>www.wl-llp.com</u>

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

---

**From:** Amy Buchanan [mailto:buchanae@tjsl.edu]
**Sent:** Wednesday, November 30, 2016 2:53 PM
**To:** Dan Watkins
**Subject:** Tentative Schedule / Availability

Hi Dan,

Per our conversation, I'm proposing a part-time work schedule of 20 hours per week Monday-Thursday. I could start as early as Monday, December 5th. As of now, I am not available December 9th and have an appointment the morning of December 12th. I will be out-of-town during the last week of December but I'm sure I could get some work done remotely.

Best,

WLLLP001362

--
**Amy Buchanan, Esq.**

WLLLP001363