# EXHIBIT 9
# WLLLP 1364 EMAILS

5/11-2/17 Emails discussing work accommodations

EXHIBIT 9

**Archived:** Thursday, October 24, 2019 11:12:37 AM
**From:** Amy Buchanan
**Sent:** Fri, 12 May 2017 10:53:46
**To:** Dan Watkins
**Subject:** RE: Update for today
**Importance:** Normal

I've definitely had a lot to process lately.  I've had the chronic pain and fatigue, frequent headaches and migraines, cognitive difficulties, etc. and still no relief after all the meds and treatment I've tried.  Another surgery has been recommended, but I've been insistent this is not the answer.  It was finally realized that I may have something else going on and had some tests done.  One came back positive.  I will be doing follow-up to help get a definitive answer.  All I know at this point is I need to take a step back and focus on my health.  My gut tells me we'll need to look for another attorney.  And, what I can do is something to be figured out.

I wish I had better news.

Sincerely,

Amy


**From:** Dan Watkins
**Sent:** Thursday, May 11, 2017 11:43 PM
**To:** Amy Buchanan
**Cc:** Dan Watkins
**Subject:** RE: Update for today

Amy –

I am sorry to hear that and I hope you are ok.  Please let me know if we need to make any accommodation at work.

Thank you,

Dan


Daniel R. Watkins
*Licensed in California and Nevada*

Orange County, California
2900 Harbor Blvd., Suite 240
Santa Ana, CA 92704
Toll Free: (866) 439-1295 | Office: (949) 476-9400
Fax: (949) 476-9407

Las Vegas, Nevada
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Toll Free: (866) 439-1295 | Office: (702) 901-7553
Fax: (702) 974-1297

www.wl-llp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.  To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Amy Buchanan
**Sent:** Thursday, May 11, 2017 3:44 PM
**To:** Dan Watkins
**Subject:** Update for today