# EXHIBIT 10
# WLLLP 1368-69 EMAILS

5/11/17-5/12/17 putting Amy on an "indefinite" leave of absence.  This is ultimately because she was not being accommodated as she was promised she would be.

EXHIBIT 10

**Archived:** Thursday, October 24, 2019 11:13:13 AM
**From:** Dan Watkins
**To:** Amy Buchanan
**Cc:** Brian Letofsky
**Subject:** RE: Update for today
**Importance:** Normal

---

Amy –

We are sorry to hear about the situation but we understand.  This follows our telephone conversation this morning.  We understand you will be meeting with doctors over the next several weeks regarding the situation.  In order to allow you to focus on your health, you will be taking an indefinite leave of absence to ascertain the nature and extent of the medical issues and as part of that you will let us know your expected date of return.  In the meantime, we will reassign your files to Nicole.  Once we hear from you on your anticipated date of return, we discuss with you your return to work.  Please let us know if you have questions or need anything.

Thank you,

Dan

Daniel R. Watkins
*Licensed in California and Nevada*

Orange County, California
2900 Harbor Blvd., Suite 240
Santa Ana, CA 92704
Toll Free: (866) 439-1295 | Office: (949) 476-9400
Fax: (949) 476-9407

Las Vegas, Nevada
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Toll Free: (866) 439-1295 | Office: (702) 901-7553
Fax: (702) 974-1297

www.wl-llp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.  To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

---

**From:** Amy Buchanan
**Sent:** Friday, May 12, 2017 10:54 AM
**To:** Dan Watkins
**Subject:** RE: Update for today

I've definitely had a lot to process lately.  I've had the chronic pain and fatigue, frequent headaches and migraines, cognitive difficulties, etc. and still no relief after all the meds and treatment I've tried.  Another surgery has been recommended, but I've been insistent this is not the answer.  It was finally realized that I may have something else going on and had some tests done.  One came back positive.  I will be doing follow-up to help get a definitive answer.  All I know at this point is I need to take a step back and focus on my health.  My gut tells me we'll need to look for another attorney.  And, what I can do is something to be figured out.

I wish I had better news.

Sincerely,

Amy

---

**From:** Dan Watkins
**Sent:** Thursday, May 11, 2017 11:43 PM
**To:** Amy Buchanan

**Cc:** Dan Watkins
**Subject:** RE: Update for today

Amy –

I am sorry to hear that and I hope you are ok. Please let me know if we need to make any accommodation at work.

Thank you,

Dan

Daniel R. Watkins
*Licensed in California and Nevada*

Orange County, California
2900 Harbor Blvd., Suite 240
Santa Ana, CA 92704
Toll Free: (866) 439-1295 | Office: (949) 476-9400
Fax: (949) 476-9407

Las Vegas, Nevada
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Toll Free: (866) 439-1295 | Office: (702) 901-7553
Fax: (702) 974-1297

www.wl-llp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

---

**From:** Amy Buchanan
**Sent:** Thursday, May 11, 2017 3:44 PM
**To:** Dan Watkins
**Subject:** Update for today

Dan –

I received a call of concern from primary care doctor's office earlier today and they asked that I come into the office as soon as possible. Not how I wanted my day to go, but I'm back at the office now. I'll get done what I can with Bombardier and touch base with you tomorrow.

Best,
Amy Buchanan, Esq.
_____

Orange County, California
2900 S. Harbor Boulevard, Suite 240
Santa Ana, CA 92704
Toll Free: (866) 439-1295 | Office: (949) 476-9400
Fax: (949) 476-9407

Las Vegas, Nevada
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Toll Free: (866) 439-1295 | Office: (702) 901-7553
Fax: (702) 974-1297

www.wl-llp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or