# EXHIBIT 11
# WLLLP 1371 EMAILS

2/20/17-2/21/17 discussing the updated weekly work schedule where Amy would work 32 hours per week instead of 20 hours per week (80% rather than 50%)

EXHIBIT 11

**Archived:** Thursday, October 24, 2019 11:13:27 AM
**From:** Amy Buchanan
**Sent:** Tue, 21 Feb 2017 17:25:57
**To:** Dan Watkins
**Subject:** RE: Work Schedule
**Importance:** Normal

Hi Dan,

Let's go with Monday through Thursday, 9a – 5p with an hour lunch.

Also, my back injection has been rescheduled to March 9th (out all day) with a follow-up doctor's visit March 10th at 3:15pm. If this does not work, I need to notify them asap as the only other date currently available is March 23rd.

My physical therapy is supposed to be twice a week but has been put on hold due to insurance reasons. I do not know when it will take place.

There may be changes with a transition in insurance. I will keep you posted once I have answers.

Best,

Amy

---

**From:** Dan Watkins
**Sent:** Monday, February 20, 2017 11:04 PM
**To:** Amy Buchanan
**Cc:** Brian Letofsky; Nancy Letofsky; Susan Watkins
**Subject:** Work Schedule
**Importance:** High

Amy –

As we discussed last Friday, I need your proposed work week. I hoped to have it today. Please send me the schedule no later than noon tomorrow.

Thank you,

Dan

Daniel R. Watkins
*Licensed in California and Nevada*

Orange County, California
4040 MacArthur Boulevard, Suite 240
Newport Beach, CA 92660
Toll Free: (866) 439-1295 | Office: (949) 476-9400
Fax: (949) 476-9407

Las Vegas, Nevada
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89123
Toll Free: (866) 439-1295 | Office: (702) 901-7553
Fax: (702) 974-1297

www.wl-llp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.