# EXHIBIT 12
# WLLLP 1324 EMAILS

Showing Nancy Letofsky's title as Office Manager and Legal Assistant (she is also referred to as a paralegal at WLLLP 1340)

# EXHIBIT 12

**Archived:** Thursday, October 24, 2019 10:30:37 AM
**From:** Amy Buchanan
**Sent:** Fri, 2 Sep 2016 15:50:35
**To:** Nancy Letofsky
**Cc:** Susan Watkins; Dan Watkins; Brian Letofsky
**Subject:** RE: Last Day Checklist
**Importance:** Normal
**Attachments:**
Resignation Letter.pdf;

Hi Nancy,

Please find a copy of my resignation letter attached.

Thank you very much. I don't know the exact day yet, but should know soon. I'll be in touch. :)

Best,

Amy E. Buchanan
Associate Attorney


WATKINS & LETOFSKY, LLP

Orange County, California
4040 MacArthur Boulevard, Suite 240
Newport Beach, CA 92660
Toll Free: (866) 439-1295 | Office: (949) 476-9400
Fax: (949) 476-9407

Vegas, Nevada
8215 S. Eastern Avenue, Suite 265
Las Vegas, NV 89101
Toll Free: (866) 439-1295 | Office: (702) 487-7574
Fax: (702) 901-7553

www.wl-llp.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies. To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

From: Nancy Letofsky
Sent: Wednesday, August 31, 2016 6:46 PM
To: Amy Buchanan
Cc: Susan Watkins
Subject: Last Day Checklist

Hi Amy,

We will need a letter of resignation from you; see attached information sheet. We hope your surgery is successful and your recovery goes well. What day are you having surgery?
Nancy

Nancy Letofsky
Office Manager & Legal Assistant


[cid:image001.jpg@01D203B7.BB115720]<http://www.wl-llp.com/>

Orange County, California
4040 MacArthur Boulevard, Suite 240
Newport Beach, CA 92660
Toll Free: (866) 439-1295 | Office: (949) 476-9400
Fax: (949) 476-9407


DEPOSITION EXHIBIT
WATKINS

WLLLP001324