# EXHIBIT 13
# W&L Employee Roster

From sometime after 9/1/16 when Amy had resigned to have surgery and 12/5/16 when she returned listing Nancy Letofsky and Susan Watkins as employees

EXHIBIT 13

## WATKINS & LETOFSKY, LLP
## COMPANY INFORMATION
Tax ID: 37-1584123

**Orange County Office**
4040 MacArthur Blvd., Suite 240
Newport Beach, CA 92660
Phone: (949) 476-9400
Fax: (949) 476-9407
BSL Cell: (949) 698-3073; DRW Cell: (949) 400-1327;
NEL Cell: (714) 469-0930; SAW Cell: (949) 307-4161

Wi-Fi: Linksys09912  Password: d4ex1raf6w

Property Management:
Optima (949) 852-0900 Brittany Stewart
After Hours: (877) 388-8593

**Las Vegas Office**
8215 S. Eastern Avenue, Suite 265
Las Vegas, CA 89123
Phone: (702) 487-7574 or (866) 439-1295
Fax: (702) 974-1297 – fax to email (to sw@wl-llp.com)
Backdoor Phone: (702) 901-7553

Amy's WL Cell Phone: (702) 720-0400; Resigned as of 9/1 due to medical reasons. Refer calls to Dan.

Sean Sullivan's Office (Subleased until 6/15/16) – Mail continues to go there until we fix the mail issue with USPS/Landlord.

| Name | Initials | Title | Email | Ext |
|---|---|---|---|---|
| Brian S. Letofsky | BSL | Partner | Brian.Letofsky@wl-llp.com | 222 |
| Daniel R. Watkins | DRW | Partner | dw@wl-llp.com | 224 |
| Byron Mousmoules | BGM | Associate Attorney | BMousmoules@wl-llp.com | 226 |
| Brinny Gatewood | BG | Receptionist | BGatewood@wl-llp.com | 221 |
| Cecile "Ceci" Hagerty | CH | Paralegal | CHagerty@wl-llp.com | 239 |
| David S. Askander | DSA | Associate Attorney | DAskander@wl-llp.com | 227 |
| Evie Dilts | ED | Paralegal | EDilts@wl-llp.com | 241 |
| Jerrica DiVincenzo | JD | Legal Assistant to DRW, DSA, BGM | JDivincenzo@wl-llp.com | 233 |
| Juan A. Salas | JAS | Associate Attorney | JSalas@wl-llp.com | 223 |
| Liz Gallardo | LG | Paralegal; Secretary to BSL, JAS, BGM | LGallardo@wl-llp.com | 235 |
| Nancy Letofsky | NEL | Office Manager/Legal Assistant | Nancy.Letofsky@wl-llp.com | 240 |
| Susan Watkins | SAW | Bookkeeping/Billing | sw@wl-llp.com | 200 |

If someone calls for one of the following former employees, check the case list to see who acquired the file; otherwise refer to the person indicated.

**Former Staff Members:**
Bahareh Habibi - DRW
Bethany Everson Na - BSL
Christian Na - BSL
Katrina McIntosh - BSL
Sarah Wilson - DRW
Zachary Schumaker – DRW
Erika Vescance -Evie
George Baseluos - DRW
Amy Buchanan - DRW



Plaintiff's 10129