# EXHIBIT 14
# NERC/EEOC CHARGE

Disability discrimination and retaliation filed September 4, 2018

# EXHIBIT 14

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA<br>[X] EEOC | 0905-18-0477L<br>34B-2018-00904 |

| Nevada Equal Rights Commission | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Amy Buchanan** | **(307) 631-9395** | **1982** |

| Street Address | City, State and ZIP Code |
|---|---|
| **19 Mesquite Village Circle, Henderson, NV 89012** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **WATKINS & LETOFSKY, LLP** | **15-100** | **(866) 439-1295** |

| Street Address | City, State and ZIP Code |
|---|---|
| **8215 S. Eastern Ave., Ste. 265, Las Vegas, NV 89123** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **12/5/2016**  Latest **11/30/2017**
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

The Respondent discriminated against me on the basis of disability and/or due to retaliation. I was not accommodated, was subjected to disparate terms and conditions of employment, and was discriminatorily discharged. I filed my complaint with the Nevada Equal Rights Commission on April 25, 2018.

I originally commenced employment with the Respondent in April 2016 as a full-time associate attorney. I resigned in September 2016 for medical reasons. The Respondent and I continued to be in communication, and I returned to work for Respondent on or about December 5, 2016. I had made clear that accommodations would be needed in order for me to return. Specifically, I required reduced hours. I was told that I would be accommodated, and a part-time schedule was agreed upon with Respondent.

However, my part-time schedule was illusory, and I was not accommodated after all. Right from the outset of my return, I was given a workload which could only be met by extended or full-time hours. My workload

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 9-1-18  *A. Buchanan*<br>Date    Charging Party Signature | Nevada Equal<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>SEP 0 4 2018  Rights Commission |

PENGAD 800-631-6989   2-20   15
DEPOSITION EXHIBIT
WATKINS

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | [X] FEPA<br>[X] EEOC | 0905-18-0477L<br>**34B-2018-00904** |

| Nevada Equal Rights Commission | and EEOC |
|---|---|
| State or local Agency, if any | |

only increased and was never lessened. I had informed Dan Watkins, Partner, multiple times that I was to be a part-time employee and that working these extended, full-time hours was having an adverse effect on my medical condition. In addition, even though I was working full-time, I was still only being compensated as a part-time employee. I believe I was being paid less due to my disability.

In May 2017, I advised Dan Watkins again that I could not continue working under these conditions and had to prioritize my health. In response, I was placed on unpaid medical leave. I was under the impression that I would be returning to work at some point and remained in communication with Respondent while I was on leave. In June 2017, I informed Dan Watkins of my medical diagnosis at the time and that I still needed accommodations. Mr. Watkins requested that I provide medical verification as to what accommodations I needed. This was the first time this was requested of me. After I sent letters from my medical providers, Mr. Watkins questioned the recommended accommodation of reduced hours and I heard nothing further. I believe that the Respondent was not acting in good faith. In fact, I do not believe that Mr. Watkins had any intention of bringing me back as a part-time associate.

On September 1, 2017, I received notice from one of my doctors that my medical insurance had been cancelled. I spoke to Susan Watkins, Accounting and Billing Coordinator, who told me that she thought I had resigned in July 2017. I advised her that was not the case at all. I had not resigned and, in fact, had been trying to return to work with accommodations. I spoke to Dan Watkins the next day. He asked how long I expected them to pay for my insurance, and I replied as long as I am an employee. My medical insurance was thereafter reinstated.

Some time later in September 2017, I was locked out of my work email. In November 2017, I received an email from Dan Watkins advising me that my insurance was being terminated. I considered this my notice of termination.

I feel I was subjected to this adverse treatment due to my disability and/or in retaliation for requesting an accommodation.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 9-1-18    _A. Buekanaw_<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)    Nevada Equal<br><br>SEP 0 4 2018 |

Rights Commission