# EXHIBIT 15
# TEXT MESSAGE DAN WATKINS

From September 1, 2017 at 4:35 p.m. agreeing to pay Amy for the extra time above 50% (20 hours) that she worked and to address insurance issues

# EXHIBIT 15

●●●●○ Verizon 🛜    8:02 PM    36% ◼️ ▸

**New iMessage**        Cancel

To: Dan Watkins,

Fri, Sep 1, 4:35 PM

Amy-I just spoke with Susan and she told me about the miscommunication regarding pay and insurance. Regarding the pay, we will go through the payroll records in detail this weekend and get you a check for the balance of the difference between the 50% that you were paid and the percentage that you worked. We will make sure to get you paid for the time you worked. Regarding insurance, we're going to have to





●●●○○ Verizon 📶    **8:01 PM**    ◔    36% 🔋

## New iMessage          Cancel

To: Dan Watkins,

between the 50% that you were paid and the percentage that you worked. We will make sure to get you paid for the time you worked. Regarding insurance, we're going to have to talk about that. I'm sure we can fix whatever problems exist. I cannot talk this evening but I'm free  tomorrow morning up to about 1 PM . Please call me tomorrow at your convenience. Thank you, Dan

Ok Thank you

Delivered


