# EXHIBIT 16
# DOCTOR NOTES RE: ACCOMMODATIONS

From July and August 2017 obtained at W&L's request to address accommodations.

EXHIBIT 16

Jonathan McKinnon, MD
Neurology

Naya Mahsum McKinnon, MD
Rheumatology

# Las Vegas Clinic

351 N Buffalo Drive, Suite B, Las Vegas, NV 89145
Phone (702) 505-4230   Fax (702) 505-4231

July 12, 2017

RE: Amy Buchanan
**DOB: 07/13/1982**

To whom it may concern:

Amy Buchanan has been under the care of pain management for Fibromyalgia. She has been advised to continue care as outlined by her treating physician. For further correspondence, please contact my office.

Sincerely,

Naya McKinnon, MD
Board Certified Rheumatologist





RENAISSANCE
HEALTH CENTRE
Terry Pfau DO
2820 W Charleston #6
Las Vegas, Nevada  89102
702-258-7860
TIN  55-0883799

July 17, 2017

Re:  Amy Buchannan

To whom it may concern:

Amy has been a patient for the last three months.   Due to her fatigue, headache and body aches she is unable to work more than  4 hours per day.  I anticipate this condition to continue for at least the next  6 months.

Sincerely,

Terry Pfau  DO

THIS DOCUMENT CONTAINS A BLUE BACKGROUND, MICROPRINT SIGNATURE LINE, QUANTITY RANGE, REVERSE, VOID PANTOGRAPH

Telephone: (702) 433-3355     DEA #BZ 0397340

**Jeffrey W. Ziegler, D.O.**

62 N. Pecos Rd., Ste. C     Henderson, NV 89074

Name: Amy Buchanan     Date: 8/21/17

Address: _____

I AM TREATING THIS PATIENT FOR MUSCULOSKELETAL PAIN AND INJURY WITH DIAGNOSES INCLUDING MIGRAINES, TMJ DYSFUNCTION AND FIBROMYALGIA AS WELL AS MUSCULOSKELETAL MVA INJURIES. SHE WILL NEED TIME OFF DEPENDING ON THE SEVERITY OF SYMPTOMATOLOGY. SHE WOULD DO WELL TO LIMIT HER WORK WEEK TO 20 HOURS.

THANKS

☐ 1-24
☐ 25-49
☐ 50-74
☐ 75-100
☐ 101-150
☐ 151+
_____ Units

☐ Label

Refill - 0 - 1 - 2 - 3 - 4 - PRN     _____, D.O.