Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Brian S. Letofsky
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
Joseph M. Ortuno
Nevada State Bar No. 11233
jortuno@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Ave., Ste. 265
Las Vegas, NV 89123
Office:(702) 901-7553; Fax: (702) 974-1297
Attorneys for Defendant, Watkins & Letofsky, LLP

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMY BUCHANAN<br><br>Plaintiff,<br><br>vs.<br><br>WATKINS & LETOFSKY, LLP., a Nevada Limited Liability Partnership; and DOES 1-X, inclusive,<br><br>Defendant. | Case No.:  2:19-cv-00226-GMN-VCF<br><br>**INDEX OF EXHIBITS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND REPLY TO OPPOSITION** |

**INDEX OF EXHIBITS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Exhibit A    Declaration of Joseph Ortuno, Esq. in Support of Motion for Summary Judgment (ECF. NO.: 28-2)

Exhibit B    Declaration of Daniel Watkins, Esq in Support of Motion for Summary Judgment (ECF. NO.: 28-3)

Exhibit C    Deposition of Amy Buchanan, January 31, 2020. (ECF. NO.: 28-4)

Exhibit D    Deposition of Daniel R. Watkins, Esq. February 20, 2020. (ECF. NO.: 28-5)

Exhibit E    NERC Remedy Request, September 01, 2018. (ECF. NO.: 28-6)

Exhibit F    Plaintiff's Resignation Letter, September 2, 2016. (ECF. NO.: 28-7)

| | | |
|---|---|---|
| 1 | Exhibit G | E-mail correspondence regarding resignation. (ECF. NO.: 28-8) |
| 2 | Exhibit H | NVDETR Employer's Quarterly Reports. (ECF. NO.: 28-9) |
| 3 | Exhibit I | Payroll Records for Amy Buchanan. (ECF. NO.: 28-10) |
| 4 | Exhibit J | Employee count records from Paychex. (ECF. NO.: 28-11) |

**INDEX OF EXHIBITS TO DEFENDANT'S REPLY TO MOTION FOR SUMMARY JUDGMENT**

| | | |
|---|---|---|
| | Exhibit K | Declaration of Daniel Watkins, Esq in Support of Reply to Motion for Summary Judgment |
| | Exhibit L | Additional Excerpts of Deposition of Amy Buchanan, January 31, 2020 |
| | Exhibit M | Supplemental payroll / employment records for Watkins & Letofsky, LLP |
| | Exhibit N | Deposition of Daniel R. Watkins dated February 20, 2020 |

DATED this 13th day of May, 2020.

                                                             WATKINS & LETOFSKY, LLP

By:    */s/ Daniel R. Watkins*
                                                             Daniel R. Watkin, Esq.
                                                             Brian S. Letofsky, Esq
                                                             Joseph M. Ortuno, Esq.
                                                             8215 S. Eastern Avenue, Suite 265
                                                             Las Vegas, NV 89123
                                                             Office: (702) 901-7553; Fax: (702) 974-1297
                                                             Attorneys for Watkins & Letofsky, LLP