Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Brian S. Letofsky
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
Joseph M. Ortuno
Nevada State Bar No. 11233
jortuno@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Ave., Ste. 265
Las Vegas, NV 89123
Office:(702) 901-7553; Fax: (702) 974-1297
Attorneys for Defendant, Watkins & Letofsky, LLP

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMY BUCHANAN<br><br>    Plaintiff,<br><br>vs.<br><br>WATKINS & LETOFSKY, LLP., a Nevada Limited Liability Partnership; and DOES 1-X, inclusive,<br><br>    Defendant. | Case No.: 2:19-cv-00226-GMN-VCF<br><br>**DEFENDANT WATKINS & LETOFSKY, LLP'S MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

  Defendant Watkins & Letofsky, LLP, hereby moves this Court to remove Defendants' former attorney, Eran S. Forster's e-mail address eranforster@lawyer.com from the courts electronic service list. Mr. Forster no longer works for Defendant and is no longer representing any party to this action.

  DATED this 14th Day of May, 2020.     WATKINS & LETOFSKY, LLP

                 By:   */s/ Daniel R. Watkins*
                      Daniel R. Watkins
                      Joseph M. Ortuno
                      Attorneys for Defendant.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: 5-15-2020

M ELECTRONIC SERVICE LIST

-1-

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b)(2)(e), I hereby certify that on the **15th day of May, 2020,** I served the foregoing **DEFENDANT WATKINS & LETOFSKY, LLP'S MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** to the Clerk's Office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants:

James P. Kemp, Esq.

          */s/ Farah Kachermeyer*
         An employee of WATKINS & LETOFSKY, LLP