Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Brian S. Letofsky
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
Joseph M. Ortuno
Nevada State Bar No. 11233
jortuno@wl-llp.com
WATKINS & LETOFSKY, LLP
8935 S. Pecos, Suite 22A
Henderson, NV 89074-7154
Office:(702) 901-7553; Fax: (702) 974-1297
Attorneys for Defendant, Watkins & Letofsky, LLP

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMY BUCHANAN<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WATKINS & LETOFSKY, LLP., a<br>Nevada Limited Liability Partnership; and<br>DOES 1-X, inclusive,<br><br>　　　　　　Defendant. | Case No.: **2:19-cv-00226-GMN-VCF**<br><br><br>**NOTICE OF CHANGE OF ADDRESS** |

　　　Defendant, Watkins & Letofsky, LLP, submits this Notice of Change of Address for transmission of all documents in the above-captioned case to the following address:

WATKINS & LETOFSKY, LLP
8935 S. Pecos, Suite 22A
Henderson, NV 89074-7154

　　　All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the new address.

　　　DATED this 26th day of June, 2020　　　　WATKINS & LETOFSKY, LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Daniel R. Watkins*
　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　Daniel R. Watkins
　　　　　　　　　　　　　　　　　　　　　　　　Joseph M. Ortuno
　　　　　　　　　　　　　　　　　　　　　　　　Brain Letofsky
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2020, a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** was served by the following method(s):

☒ BY ELECTRONIC SUBMISSION: submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

  */s/ Farah Kachermeyer*
  Farah H. Kachermeyer
  An Employee of Watkins & Letofsky