JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV  89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff Amy Buchanan

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMY BUCHANAN, <br><br>    Plaintiff, <br><br> vs. <br><br> WATKINS & LETOFSKY, LLP, a Nevada Limited-Liability Partnership; DOES I-X; ROE BUSINESS ENTITIES I-X, <br><br>    Defendants. | CASE NO. 2:19-cv-00226-GMN-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR SUPPLEMENTAL BRIEFING ORDERED IN ECF No. 49** <br><br> **(First Request)** |

  The parties, by and through their respective counsel, hereby stipulate to extend the time for the parties to file the supplemental briefing ordered by the court in ECF No. 49 regarding the number of employees at issue for Watkins & Letofsky if it is considered an integrated enterprise.  The parties request an extension from the current due date of Monday, May 23, 2022 through and including ***Friday, June 3, 2022***.

  This is the first request for an extension of this deadline.  The parties provide the following information to the Court regarding the proposed extension of time:

  1. Plaintiff's counsel has been extremely busy with other matters including a major brief due in a discovery dispute before Magistrate Judge Denney in

1

which he is required to respond to a 29 page brief filed after 5:00 p.m. on Friday May 20, but May 23, 2022, the same day as the court wanted the brief in this case.

2. Additionally Plaintiff's counsel is working on a Motion for Summary Judgment in a case in front of Judge Gordon that is due on May 25.

3. Additionally Plaintiff's counsel has three depositions and one private mediation this week which is taking a great deal of time to address.

4. Plaintiff's counsel needs an additional week to respond to the court in this matter and Defense counsel has agreed to this request.

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

DATED this _23rd _ day of May, 2022.            DATED this _23rd _ day of May, 2022.

KEMP & KEMP, ATTORNEYS AT LAW          WATKINS & LETOFSKY

By:   /s/ James P. Kemp                       By:   /s/Daniel R. Watkins
      JAMES P. KEMP, ESQ.                            DANIEL R. WATKINS, ESQ
      Nevada Bar No. 6375                            BRIAN LETOFSKY, ESQ
      7435 W. Azure Drive, Suite 110                 WATKINS & LETOFSKY
      Las Vegas, Nevada 89130                        8935 S. Pecos, Suite 22A
      *Attorneys for Plaintiff*                      Henderson, NV 89074
                                                     *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

Dated this  25  day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2