Daniel R. Watkins, Esq.
Nevada State Bar No. 11881
dw@wl-llp.com
Brian S. Letofsky, Esq.
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
WATKINS & LETOFSKY, LLP
8935 S. Pecos Rd., Ste 22A
Las Vegas, NV 89074
Office:(702) 901-7553; Fax: (702) 974-1297
Attorneys for Defendant, Watkins & Letofsky, LLP

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMY BUCHANAN | Case No.:   2:19-cv-00226-GMN-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | |
| WATKINS & LETOFSKY, LLP., a Nevada Limited Liability Partnership; and DOES 1-X, inclusive, | **[FIRST REQUEST]** |
| Defendants. | |

Pursuant to this court's order on Defendant's Motion for Summary Judgment (ECF No. 55), the Stipulated Discovery Plan and Scheduling Order (ECF No. 58) and Federal Rule of Civil Procedure 26(f), and in accordance with LR IA 6-1, Defendant, Watkins & Letofsky, LLP, and Plaintiff, Amy Buchanan, by and through their respective counsel, stipulate and hereby submit to the Court this joint request for a 30 day extension of the deadline for filing dispositive motions as contained in the Stipulated Discovery Plan and Scheduling Order (ECF No. 58) from October 30, 2023 through and including November 29, 2023  The Parties represent and show the court as follows:

1.  The discovery cut-off date from the Stipulated Discovery Plan and Scheduling Order (ECF No. 58) was originally set for September 29, 2023, and the dispositive

motion filing deadline was set for 30 days later on October 30, 2023 (the 29th being a Sunday).

2. The Court granted Plaintiff an extension of time to complete the necessary depositions to October 9, 2023, as travel plans for the witnesses made it difficult to schedule the in-person depositions (ECF No. 61).

3. Counsel for Defendant, Daniel Watkins, underwent significant shoulder surgery on October 6, 2023, limiting his time in the office for several weeks.

4. The parties completed the necessary depositions on October 9, 2023.

5. With the limited time in the office and the time needed to obtain the deposition transcripts, the parties request a 30-day extension of the dispositive motion filing deadline making the new deadline November 29, 2023. This first joint request for an extension of time of the deadline to file dispositive motions.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1   Good cause exists for the proposed extension of the deadline for filing dispositive

2   motions, and the parties believe that an extension is necessary.  Based on the foregoing, the

3   parties have agreed that the deadline for filing dispositive motions should be extended until

4   Wednesday November 29, 2023.

6   DATE: October 18, 2023

8   WATKINS & LETOFSKY, LLP                    KEMP & KEMP

10   /s/ Daniel R. Watkins                     /s/ J.P. Kemp

11   Daniel R. Watkins, Esq.                   J.P. Kemp, Esq.
    Nevada State Bar No. 11881                 7435 W. Azure Drive, Suite 110
12   dw@wl-llp.com                             Las Vegas, Nevada 89130
    Brian S. Letofsky, Esq.                    jp@kemp-attorneys.com
13   Nevada State Bar No. 11836                 Phone (702) 258-1183; Fax: (702) 258-6983
    Brian.Letofsky@wl-llp.com                  Attorney for Amy Buchanan
14   8935 S. Pecos Rd., Ste 22A
    Las Vegas, NV 89074
15   Office:(702) 901-7553; Fax: (702) 974-1297
    Attorneys for Watkins & Letofsky, LLP
16

17                              **ORDER**

18

19

20                        IT IS SO ORDERED.

21   _____

22   UNITED STATES DISTRICT COURT JUDGE

23   Dated: October 26, 2023 _____