Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Brian S. Letofsky
Nevada State Bar No. 11836
Brian.Letofsky@wl-llp.com
WATKINS & LETOFSKY, LLP
8935 S Pecos Rd., Suite 22A
Henderson, NV 89074
Office:(702) 901-7553; Fax: (702) 974-1297
Attorneys for Defendant, Watkins & Letofsky, LLP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMY BUCHANAN<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WATKINS & LETOFSKY, LLP., a Nevada Limited Liability Partnership; and DOES 1-X, inclusive,<br><br>　　　　Defendant. | Case No.: 2:19-cv-00226-GMN-VCF<br><br>**INDEX OF EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**INDEX OF EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit A　　Declaration of Susan A. Watkins. in Support of Motion for Summary Judgment

Exhibit B　　Declaration of Daniel Watkins, Esq in Support of Motion for Summary Judgment

Exhibit C　　Deposition of Amy Buchanan, January 31, 2020.

Exhibit D　　Deposition of Daniel R. Watkins, Esq. February 20, 2020.

Exhibit E　　NERC Remedy Request, September 01, 2018.

Exhibit F　　Plaintiff's Resignation Letter, September 2, 2016.

Exhibit G　　E-mail correspondence regarding resignation.

Exhibit H　　NVDETR Employer's Quarterly Reports.

Exhibit I　　Payroll Records for Amy Buchanan.

Exhibit J　　Employee count records from Paychex.

| | | |
|---|---|---|
| Exhibit K | Declaration of Nancy E. Letofsky in support of Motion for Summary Judgment |
| Exhibit L | Deposition of Amy Buchanan January 31, 2020 |
| Exhibit M | Supplemental Payroll records |
| Exhibit N | Deposition of Daniel R. Watkins, Esq. February 20, 2020. |
| Exhibit O | Deposition of Susan A. Watkins October 9, 2023 |

DATED this 29th day of November 2023.

                                                WATKINS & LETOFSKY, LLP

By:   */s/ Daniel R. Watkins*
_____
Daniel R. Watkin, Esq.
Brian S. Letofsky, Esq
8935 S Pecos Rd., Suite 22A
Henderson, NV 89074
Office: (702) 901-7553; Fax: (702) 974-1297
Attorneys for Watkins & Letofsky, LLP

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the foregoing **INDEX OF EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

**J.P.Kemp, Esq.**

DATED this 29th day of November, 2023

*/s/ Cailynn Chandler*
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
An Employee of Watkins & Letofsky, LLP