1
2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

3
4  AMY BUCHANAN,
5                     Plaintiff,                    Case No.: 2:19-cv-00226-GMN-NJK
       vs.
6  WATKINS & LETOFSKY, LLP,                         **ORDER**
7
                       Defendant.
8

9

10     Pending before the Court is the Memorandum, (ECF No. 78), entered by the United
11  States Court of Appeals for the Ninth Circuit reversing the Court's Order Granting, in part, and
12  Denying, in part, Defendant's Motion for Summary Judgment, (ECF No. 74), and remanding
13  for trial Plaintiff's discrimination and retaliation claims under the Americans with Disabilities
14  Act ("ADA").  The United States Court of Appeals for the Ninth Circuit entered its Mandate on
15  December 12, 2025, hereby transferring jurisdiction back to this Court.
16     Accordingly,
17
18     **IT IS HEREBY ORDERED** that the parties shall have thirty days from the date of this
19  Order to file a jointly proposed pretrial order ("JPTO") pursuant to LR 16-3(b) using the form
20  provided in LR 16-4.
21
22     **IT IS FURTHER ORDERED** that in the JPTO the parties must address whether they
23  agree that Plaintiff's retaliation claim under the ADA should be bifurcated because under
24  *Alvarado v. Cajun Operating Co.*, 588 F.3d 1261, 1270 (9th Cir. 2009) such claims are not for
25  a jury and that pursuant to 42 USC § 200e-5(g)(1) damages for a successful ADA retaliation

claim are limited to reinstatement with or without backpay or other equitable relief, not compensatory or punitive damages.

**DATED** this __16__ day of December, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court