JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph./702-258-6983 fax
*Attorneys for Plaintiff Amy Buchanan*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| AMY BUCHANAN, | Case No. 2:19-cv-00226-GMN-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR JOINT PRE-TRIAL ORDER** |
| WATKINS & LETOFSKY, LLP., a Nevada Limited Liability Partnership, | |
| Defendant. | **[FIRST REQUEST]** |

Plaintiff Amy Buchanan ("Plaintiff") and Defendant Watkins & Letofsky, LLP, by and through their undersigned counsel, hereby file this Stipulation and Order to Extend Deadline for Joint Pre-Trial Order (First Request).  This is the first request to extend this deadline.  The parties stipulate that the current deadline of January 15, 2026 should be extended to Friday, January 31, 2026 and informs the court as follows:

1. The Parties are currently preparing for trial of the state claims in Nevada state court, those claims having been severed from the above-captioned action and remanded to state court in ECF No. 42 on March 29, 2021.  The state court action is set to proceed to trial on February 2, 2026.

2. The parties are further engaged in settlement negotiations which may or may not include resolution of this matter as well as the state court action.

3. Plaintiff's counsel has informed Defense counsel that he has been additionally tied up

1

in preparing appellate briefing in a state court civil action in Elko, Nevada regarding a preliminary injunction on a restrictive covenant, as well as appellate briefing in the Eighth Judicial District Court, in and for Clark County, Nevada on a workers' compensation petition for judicial review matter wherein the briefing is due on January 20, 2026.

4. The parties desire to have time to continue discussions of resolution prior to completing the work on the Joint Pretrial Order in this case and are requesting 15 days to have time to explore the possibility of resolution before expending resources that may prove to be unnecessary.

5. The requested extension is sought in good faith and not for purposes of undue delay.

IT IS STIPULATED AND AGREED that the parties shall file the Joint Pre-Trial Order no later than **January 30, 2026**.

IT IS SO STIPULATED.

/s/ James P. Kemp
James P. Kemp, Esq.
Attorney for Plaintiff Amy Buchanan

/s/ Daniel R. Watkins, Esq.
Daniel R. Watkins, Esq.
Attorneys for Defendant
Watkins & Letofsky, LLP

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____Janaury 20, 2026_____.