JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph./702-258-6983 fax
*Attorneys for Plaintiff Amy Buchanan*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| AMY BUCHANAN, | Case No. 2:19-cv-00226-GMN-BNW |
| Plaintiff, | |
| vs. | **MOTION TO EXTEND DEADLINE FOR JOINT PRE-TRIAL ORDER** |
| WATKINS & LETOFSKY, LLP., a Nevada Limited Liability Partnership, | **[SECOND REQUEST]** |
| Defendant. | |

Plaintiff Amy Buchanan ("Plaintiff"), pursuant to LR 6-1 and LR 26-4, hereby moves for an additional two week extension to file the Joint Pretrial Order from January 30, 2026 through and including February 13, 2026.  This is the second request to extend this deadline.  This Motion is submitted and based upon the following:

1. The Parties are currently preparing for trial of the state claims in Nevada state court, those claims having been severed from the above-captioned action and remanded to state court in ECF No. 42 on March 29, 2021.  The state court action is set to proceed to trial on February 2, 2026.

2. Plaintiff's counsel provided a draft of the Joint Pretrial Order (JPTO) to Defense Counsel just yesterday, but this has obviously been inadequate time for Defense Counsel to complete his portion and return it.  Again, this is because the parties are in trial preparations.

3. The trial in state court should conclude by Thursday, February 5, 2026 and then the

1

parties will be able to turn back to the work of completing the JPTO.

4. Plaintiff's counsel was unable to reach out to Defense Counsel prior to the close of business today to get a further stipulation. Plaintiff's Counsel has no reason to believe that Defense Counsel will have any opposition to this extension of time.

5. The requested extension is sought in good faith and not for purposes of undue delay.

Based upon the foregoing, Plaintiff hereby requests that the court grant this extension and order that the parties shall file the Joint Pre-Trial Order no later than **February 13, 2026**.

DATED January 30, 2026.

/s/ James P. Kemp
JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP, Attorneys at Law
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
(702) 258-1183/fax 258-6983
jp@kemp-attorneys.com
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated: February 2, 2026 .

2