Daniel R. Watkins, Esq.
Nevada State Bar No. 11881
dw@wl-llp.com
Cedric A. Kerns, Esq.
Nevada State Bar No. 4653
ckerns@wl-llp.com
WATKINS, LETOFSKY & KERNS, LLP
8935 S Pecos Road, Suite 22A
Henderson, NV 89074
Office: (702) 901-7553 Fax: (949) 476-9407
Attorneys for Defendant, Watkins & Letofsky, LLP

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMY BUCHANAN<br><br>              Plaintiff,<br><br>vs.<br><br>WATKINS & LETOFSKY, LLP., a Nevada Limited Liability Partnership; and DOES 1-X, inclusive,<br><br>              Defendants. | Case No.: 2:19-cv-00226-GMN-BNW<br><br>**NOTICE AND APPROVAL OF SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that Defendant, WATKINS & LETOFSKY, LLP hereby substitutes Watkins Letofsky & Kerns, LLP  as counsel of record in place and stead of WATKINS & LETOFSKY, LLP. Watkins & Letofsky, LLP has retained Cedric A. Kerns, Esq., and the firm of WATKINS, LETOFSKY & KERNS, LLP.

DATED this 3rd  day of February 2026.

WATKINS & LETOFSKY, LLP

By: _____
Daniel R. Watkins
as Managing Partner of Watkins & Letofsky, LLP

I consent to the above substitution.

DATED this 3rd day of February 2026.

WATKINS & LETOFSKY, LLP

By: _____
Daniel R. Watkins, Esq.

I am duly admitted to practice in this District and accept the above substitution.

DATED this 3rd day of February 2026.

WATKINS, LETOFSKY & KERNS, LLP

By: _____
Cedric A. Kerns, Esq.
Attorneys for Defendant,
Watkins & Letofsky, LLP

[PROPOSED] APPROVAL OF SUBSTITUTION OF COUNSEL

The above Notice of Substitution of Counsel is hereby APPROVED.

DATED this __5th__ day of February 2026.

_____
United States Magistrate Judge