Daniel R. Watkins, Esq.
Nevada State Bar No. 11881
dw@wl-llp.com
Cedric A. Kerns, Esq.
Nevada State Bar No. 4653
ckerns@wl-llp.com
WATKINS, LETOFSKY & KERNS, LLP
8935 S Pecos Road, Suite 22A
Henderson, NV 89074
Office: (702) 901-7553 Fax: (949) 476-9407
Attorneys for Defendant, Watkins & Letofsky, LLP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AMY BUCHANAN,

Plaintiff,

vs.

WATKINS & LETOFSKY, LLP., a Nevada Limited Liability Partnership; and DOES 1-X, inclusive,

Defendants.

Case No.: 2:19-cv-00226-GMN-BNW

**STIPULATION AND ORDER TO EXTEND CONTINUE TRIAL**

**[FIRST REQUEST]**

Defendant, Watkins & Letofsky, LLP and Plaintiff, Amy Buchanan, by and through their respective counsel of record, hereby stipulate and respectfully request that the Court continue the trial currently scheduled for September 28, 2026. This stipulation is made on the following grounds:

1. All parties have conferred and agree that a continuance of the trial date is appropriate.

2. Good cause exists for a continuance based on communications with the Courtroom Administrator, Nick Vaglio. The Court requested that the parties confirm whether they were prepared to proceed with trial or whether they intended to stipulate to a continuance. In accordance with the Court's request, the parties stipulate to a continuance of the trial.

3. The requested continuance will not unfairly prejudice any party. All parties have stipulated to the requested relief.

4. Counsel have reviewed their respective calendars and respectfully request that the trial be continued to one of the following dates, subject to the Court's availability:

The week of February 16, 2027

The week of February 22, 2027

The week of March 1, 2027

The week of March 8, 2027

5. The parties further request that all corresponding pretrial deadlines, including but not limited to the final pretrial conference, motions in limine, proposed jury instructions, verdict forms, exhibit and witness list, and any other deadlines tied to the trial date, be continued accordingly.

DATE: August 11, 2026

| | |
|---|---|
| WATKINS, LETOFSKY & KERNS, LLP | KEMP & KEMP |
| */s/ Daniel R. Watkins* | */s/ J.P. Kemp* |
| Daniel R. Watkins, Esq.<br>Cedric A. Kerns, Esq.<br>Attorneys for Defendants<br>Watkins & Letofsky, LLP | J.P. Kemp, Esq.<br>Attorney for Plaintiff<br>Amy Buchanan |

**ORDER**

IT IS HEREBY ORDERED that the parties' Stipulation to Continue Trial is **GRANTED.** IT IS FURTHER ORDERED that the trial currently scheduled for September 28, 2026 is **CONTINUED** to March 8, 2027, at 8:30 a.m. . Calendar Call is continued to February 16, 2026, at 9:00 a.m.

Dated: August 11, 2026

UNITED STATES DISTRICT COURT JUDGE

Buchanan v. Watkins & Letofsky, LLP.
2:19-cv-00226-GMN-BNW
Stipulation to Continue Trial
(First Request)